PRE DUE
NO
CV-30





# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

2:25-cv-00530-MRA

Dean et al.

*Living Souls*

vs.



*Case No. TBD*

*Request for trial by*

*Grand Jury and*

*28 U.S.C. § 2241*

*for violations of*

*18 U.S.C. § 1962 and 18 U.S.C. § 242.*

The State of California et al.

1. Los Angeles Department of Water and Power (State Entity)

2. Federal Emergency Management Agency (Federal Entity)

3. Los Angeles Police Department (Local Government Entity)

4. Los Angeles County Sheriff's Department (Local Government Entity)

5. Los Angeles Fire Department (Local Government Entity)

6. Los Angeles Department of Public Works (Local Government Entity)

7. Los Angeles County Public Works (A Local Government Entity)

8. Los Angeles Department of Building and Safety (Local Government Entity)

9. Los Angeles Housing Department (Local Government Entity)

10. Los Angeles Homeless Services Authority (Local Government Entity)

11. Los Angeles Metropolitan Transportation Authority (Local Government Entity)

12. California Department of Forestry and Fire Protection (State Entity)

13. United States Forest Service (Federal Entity)

14. California Supreme Court (Judicial Branch)

15. Superior Court of California, County of Los Angeles (Judicial Branch)

16. United States District Court for the Central District of California (Federal Entity)

17. United States Attorney's Office for the Central District of California (Federal Entity)

18. Los Angeles County District Attorney's Office (Local Government Entity)

19. Los Angeles County Department of Public Social Services (Local Government Entity)

20. Los Angeles County Office of the Sheriff – Special Enforcement Bureau (Local Government Entity)

21. Los Angeles County Coroner's Office (Local Government Entity)

22. Los Angeles County Department of Public Health (Local Government Entity)

23. Los Angeles County Department of Mental Health (Local Government Entity)

24. Los Angeles County Department of Public Social Services (Local Government Entity)

25. Los Angeles County Department of Health Services (Local Government Entity)

26. Los Angeles County Office of AIDS Programs and Policy (Local Government Entity)

27. Los Angeles County Department of Aging and Disabilities (Local Government Entity)

28. Los Angeles County Office of Child Protection (Local Government Entity)

29. Los Angeles County Probation Department - Juvenile Division (Local Government Entity)

30. Los Angeles County Children's Services Auxiliary (Local Government Entity)

31. California Department of Fish and Wildlife (State Entity)

32. Los Angeles County Department of Parks and Recreation (Local Government Entity)

33. Los Angeles County Agricultural Commissioner/Weights and Measures (Local Government Entity)

34. Santa Monica Mountains National Recreation Area (Federal Entity)

35. United States Fish and Wildlife Service (Federal Entity)

36. California Coastal Commission (State Entity)

37. The Nature Conservancy - California Chapter (Non-Profit)

38. The Supreme Court of the United States (Judicial Branch)

39. Department of Health and Human Services (Federal Entity)

40. U.S. Department of Justice (Federal Entity)

41. The Office of International Affairs (Federal Entity)

42. Department of Homeland Security (Federal Entity)

43. The Federal Bureau of Investigation (Federal Entity)

44. The American Bar Association (Non-Profit)

45. The Federal Bureau of Investigation of California (Federal Entity)

46. The Central Intelligence Agency (Federal Entity)

47. The Central Intelligence Agency of California (Federal Entity)

48. The Attorney General's office of California (State Entity)

49. Health and Human Services of California (State Entity)

50. State Farm (Corporation)

51. Allstate (Corporation)

52. Farmers Insurance (Corporation)

53. AIG (Corporation)

54. Chubb Limited (Corporation)

55. USAA (Corporation)

56. Karen Bass (An Individual)

57. Gavin Newsom (An Individual)

58. Joe Biden (An Individual)

59. Kamala Harris (An Individual)

60. Hydee Feldstein Soto (An Individual)

61. Kenneth Mejia (An Individual)

62. Paul Krekorian (An Individual)

63. Heather Hutt (An Individual)

64. Marqueece Harris-Dawson (An Individual)

65. Bob Blumenfield (An Individual)

66. Nithya Raman (An Individual)

67. Katy Yaroslavsky (An Individual)

68. Monica Rodriguez (An Individual)

69. Curren Price (An Individual)

70. Mike Bonin (An Individual)

71. John Lee (An Individual)

72. Hugo Soto-Martinez (An Individual)

73. Tim McOsker (An Individual)

74. Michel Moore (An Individual)

75. Kristin Crowley (An Individual)

76. Ricardo Lara (An Individual)

77. Stewart Resnick (An Individual)

78. Lynda Resnick (An Individual)

79. The Wonderful Company (An Individual)

80. Carol A. Corrigan (An Individual)

81. Goodwin H. Liu (An Individual)

82. Leondra R. Kruger (An Individual)

83. Joshua P. Groban (An Individual)

84. Martin J. Jenkins (An Individual)

85. Kelli M. Evans (An Individual)

86. Dolly M. Gee (An Individual)

87. Stephen V. Wilson (An Individual)

88. David O. Carter (An Individual)

89. Percy Anderson (An Individual)

90. John F. Walter (An Individual)

91. R. Gary Klausner (An Individual)

92. Otis D. Wright II (An Individual)

93. Josephine L. Staton (An Individual)

94. Michael W. Fitzgerald (An Individual)

95. Jesus G. Bernal (An Individual)

96. Fernando M. Olguin (An Individual)

97. André Birotte Jr. (An Individual)

98. Stanley Blumenfeld (An Individual)

99. John W. Holcomb (An Individual)

100.    Mark C. Scarsi (An Individual)

101.    Michelle Williams Court (An Individual)

102.    Anne Hwang (An Individual)

103.    Brian Murphy (An Individual)

104.    Martin Estrada (An Individual)

105.    John G. Roberts Jr. (An Individual)

106.    Sidney R. Thomas (An Individual)

107.    Katherine E. Ainsworth (An Individual)

108.    George Gascón (An Individual)

109.    Robert Luna (An Individual)

110.    Darryl L. Osby (An Individual)

111.    Antonia Jiménez (An Individual)

112.    Chris Marks (An Individual)

113.    Jonathan Lucas (An Individual)

114.    Barbara Ferrer (An Individual)

115.    Jonathan E. Sherin (An Individual)

116.    Dr. Christina Ghaly (An Individual)

117.    Dr. Jeffrey H. Goodman (An Individual)

118.    Kimberly J. Gilbert (An Individual)

119.    Bobby Cagle (An Individual)

120.    Heidi Marston (An Individual)

121.    Dean C. Logan (An Individual)

122.    Adrian V. V. Huerta (An Individual)

123.    Chuck Bonham (An Individual)

124.   Norman L. Gilmore (An Individual)

125.   Henry J. Gonzalez (An Individual)

126.   David Szymanski (An Individual)

127.   Matthew D. Kemp (An Individual)

128.   Ariel T. Lugo (An Individual)

129.   Jack Ainsworth (An Individual)

130.   Jennifer N. Dovolis (An Individual)

131.   Michelle St. John (An Individual)

132.   John Roberts (An Individual)

133.   Xavier Becerra (An Individual)

134.   Merrick Garland (An Individual)

135.   Kenneth A. Polite Jr. (An Individual)

136.   Alejandro Mayorkas (An Individual)

137.   Christopher Wray (An Individual)

138.   Karen K. Caldwell (An Individual)

139.   Terry Hartle (An Individual)

140.   Michael L. Tipsord (An Individual)

141.   Tom Wilson (An Individual)

142.   Kurt Slawinski (An Individual)

143.   Peter Zaffino (An Individual)

144.   Evan G. Greenberg (An Individual)

145.   Wayne Peacock (An Individual)

146.   Lindsey Horvath (An Individual)

147.   Mark Pestrella (An Individual)

148.   Martin L. Adams (An Individual)

149.   Deanne Criswell (An Individual)

150.   Michel Moore (An Individual)

151.   Robert Luna (An Individual)

152.   Kristin Crowley (An Individual)

153.   Vincent P. Bertoni (An Individual)

154.   Vicky Ochoa (An Individual)

155.   Kristin Crowley (An Individual)

156.   Stephanie Wiggins (An Individual)

157.   Joseph T. Tyler (An Individual)

158.   Randy Moore (An Individual)

159.   Tani G. Cantil-Sakauye (An Individual)

160.   Eric C. Taylor (An Individual)

161.   Cormac J. Carney (An Individual)

162.   George Gascón (An Individual)

163.   Antonia Jiménez (An Individual)

164.   Robert Luna (An Individual)

165.   Jonathan Lucas (An Individual)

166.   Barbara Ferrer (An Individual)

167.   Jonathan E. Sherin (An Individual)

168.   Dr. Christina Ghaly (An Individual)

169.   Bobby Cagle (An Individual)

170.    Heidi Marston (An Individual)

171.    Chuck Bonham (An Individual)

172.    David Szymanski (An Individual)

173.    Ariel T. Lugo (An Individual)

174.    Chuck Bonham (An Individual)

175.    Norma L. Gilmore (An Individual)

176.    Henry J. Gonzalez (An Individual)

### VERIFIED CLAIM for VIOLATIONS of the RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT (RICO), 18 U.S.C. § 1962, 42 U.S.C. §§ 1983 & 1985, and RELATED STATE LAWS

*COMESNOW, WE* the *PEOPLE* acting on behalf of the *living souls* of California, bring this action to hold accountable the infamous enterprise known as U.S.A. INC. for committing the most egregious crimes in California history—acts of ecoterrorism that have caused profound harm to our *MOTHER*, the *EARTH*. Such as the malicious burning of 40,300 acres, perpetrated at the expense of all living beings within California, in direct violation of federal laws aimed at protecting our people, environment, and natural resources. Due to these recent acts of terrorism our *MOTHER EARTH*, has been irreparably harmed by the deliberate and systematic negligence, mismanagement, and profiteering by the Defendants under the guise of an enterprise dubbed as U.S.A. INC.

# I. DEFENDANTS

*(Disclosure)*

FOR DIRECT AND IMMEDIATE DELIVERY TO ADDRESSEES BELOW

NOTE TO CLERK (Brian D. Karth): Any failure to FILE or DELIVER this communication directly & immediately to the addressees are crimes including Mail & Wire Fraud & Tampering, Witness Tampering & R.I.C.O. acts for which you are criminally & civilly liable.

18 U.S. Code Chapter 63 - MAIL FRAUD AND OTHER FRAUD OFFENSES

18 U.S. Code 1701, 1703, 1708, 1341, 371, 1502, 1961 March 27, 2024

TO:

1. State of California (State Entity)

   1300 I Street, Sacramento, CA 95814

2. Federal Emergency Management Agency (FEMA)

   500 C Street SW, Washington, D.C. 20472

3. Los Angeles Police Department (LAPD)

   100 W. 1st St., Los Angeles, CA 90012

4. Los Angeles County Sheriff's Department (LASD)

   4700 Ramona Blvd., Monterey Park, CA 91754

5. Los Angeles Fire Department (LAFD)

   200 N. Main St., Los Angeles, CA 90012

6. Los Angeles Department of Public Works

   1149 S. Broadway, 3rd Floor, Los Angeles, CA 90015

7. Los Angeles Department of Water and Power (LADWP)

    111 N. Hope St., Los Angeles, CA 90012

8. Los Angeles Department of Building and Safety (LADBS)

    201 N. Figueroa St., Los Angeles, CA 90012

9. Los Angeles Housing Department (LAHD)

    1200 W. 7th St., Los Angeles, CA 90017

10. Los Angeles Homeless Services Authority (LAHSA)

    811 Wilshire Blvd., 6th Floor, Los Angeles, CA 90017

11. Los Angeles Metropolitan Transportation Authority (Metro)

    1 Gateway Plaza, Los Angeles, CA 90012

12. California Department of Forestry and Fire Protection (Cal Fire)

    1234 E. Shaw Ave., Fresno, CA 93710

13. United States Forest Service (USFS)

    1400 Independence Ave. SW, Washington, D.C. 20250

14. California Supreme Court

    350 McAllister St., San Francisco, CA 94102

15. Superior Court of California, County of Los Angeles

    111 N. Hill St., Los Angeles, CA 90012

16. United States District Court for the Central District of California (CDCA)

    350 W. 1st St., Los Angeles, CA 90012

17. United States Attorney's Office for the Central District of California

    300 N. Los Angeles St., Los Angeles, CA 90012

18. Los Angeles County District Attorney's Office

211 W. Temple St., Los Angeles, CA 90012

19. Los Angeles County Department of Public Social Services

12800 Crossroads Parkway South, City of Industry, CA 91746

20. Los Angeles County Office of the Sheriff – Special Enforcement Bureau

110 N. Grand Ave., Los Angeles, CA 90012

21. Los Angeles County Coroner's Office

1104 N. Mission Rd., Los Angeles, CA 90033

22. Los Angeles County Department of Public Health (DPH)

313 N. Figueroa St., Los Angeles, CA 90012

23. Los Angeles County Department of Mental Health (DMH)

550 S. Vermont Ave., Los Angeles, CA 90020

24. Los Angeles County Department of Public Social Services (DPSS)

12800 Crossroads Parkway South, City of Industry, CA 91746

25. Los Angeles County Department of Health Services (DHS)

313 N. Figueroa St., Los Angeles, CA 90012

26. Los Angeles County Office of AIDS Programs and Policy (OAPP)

241 N. Figueroa St., Los Angeles, CA 90012

27. Los Angeles County Department of Aging and Disabilities (DAS)

3175 W. 6th St., Los Angeles, CA 90020

28. Los Angeles County Office of Child Protection (OCP)

201 N. Figueroa St., Los Angeles, CA 90012

29. Los Angeles County Probation Department - Juvenile Division

9150 E. Imperial Hwy., Downey, CA 90242

30. Los Angeles County Children's Services Auxiliary

    201 N. Figueroa St., Los Angeles, CA 90012

31. California Department of Fish and Wildlife (CDFW)

    1416 9th St., Sacramento, CA 95814

32. Los Angeles County Department of Parks and Recreation

    433 S. Spring St., Los Angeles, CA 90013

33. Los Angeles County Agricultural Commissioner/Weights and Measures

    12300 Lower Azusa Rd., Arcadia, CA 91006

34. Santa Monica Mountains National Recreation Area (SMMNRA)

    401 W. Hillcrest Dr., Thousand Oaks, CA 91360

35. United States Fish and Wildlife Service (USFWS)

    2800 Cottage Way, Sacramento, CA 95825

36. California Coastal Commission

    45 Fremont St., Suite 2000, San Francisco, CA 94105

37. The Nature Conservancy - California Chapter

    201 Mission St., Suite 1300, San Francisco, CA 94105

38. The Supreme Court of the United States (Judicial Branch)

    1 First Street NE, Washington, D.C. 20543

39. Department of Health and Human Services (A Federal Agency)

    200 Independence Ave. SW, Washington, D.C. 20201

40. U.S. Department of Justice (A Federal Agency)

    950 Pennsylvania Ave. NW, Washington, D.C. 20530

41. The Office of International Affairs (A Federal Agency)

    950 Pennsylvania Ave. NW, Washington, D.C. 20530

42. Department of Homeland Security (A Federal Agency)

    3801 Nebraska Ave. NW, Washington, D.C. 20528

43. The Federal Bureau of Investigation (A Federal Agency)

    935 Pennsylvania Ave. NW, Washington, D.C. 20535

44. The American Bar Association (A Non-Profit)

    321 N. Clark St., Chicago, IL 60654

45. The Federal Bureau of Investigation of California

    11000 Wilshire Blvd., Suite 1700, Los Angeles, CA 90024

46. The Central Intelligence Agency

    Langley, VA 20505

47. The Central Intelligence Agency of California

    11000 Wilshire Blvd., Suite 1700, Los Angeles, CA 90024

48. The Attorney General's Office of California

    1300 I St., Sacramento, CA 95814

49. Health and Human Services of California

    1600 9th St., Sacramento, CA 95814

50. State Farm

    1 State Farm Plaza, Bloomington, IL 61710

51. Allstate

    2775 Sanders Rd., Northbrook, IL 60062

52. Farmers Insurance

    4680 Wilshire Blvd., Los Angeles, CA 90010

53. AIG (American International Group)

    175 Water St., New York, NY 10038

54. Chubb Limited

    202 Hall's Mills Rd., Whitehouse Station, NJ 08889

55. USAA

    9800 Fredericksburg Rd., San Antonio, TX 78288

56. Karen Bass (Mayor of Los Angeles, Individual Capacity)

    200 N. Spring St., Los Angeles, CA 90012

57. Kristin Crowley (LA Fire Chief, Individual Capacity)

    200 N. Main St., Los Angeles, CA 90012

58. Gavin Newsom (Governor, Individual Capacity)

    1021 O St., Sacramento, CA 95814

59. Joe Biden (President, Individual Capacity)

    1600 Pennsylvania Ave. NW, Washington, D.C. 20500

60. Kamala Harris (Vice President, Individual Capacity)

    1600 Pennsylvania Ave. NW, Washington, D.C. 20500

61. Hydee Feldstein Soto – Los Angeles City Attorney

    200 N. Main St., 8th Floor, Los Angeles, CA 90012

62. Kenneth Mejia – Los Angeles City Controller

    200 N. Main St., Los Angeles, CA 90012

63. Paul Krekorian – President, Los Angeles City Council (Council District 2)

    200 N. Spring St., Los Angeles, CA 90012

64. Heather Hutt – Acting President Pro Tempore, Los Angeles City Council (Council

District 10)

200 N. Spring St., Los Angeles, CA 90012

65. Marqueece Harris-Dawson – Assistant President Pro Tempore, Los Angeles City Council

(Council District 8)

200 N. Spring St., Los Angeles, CA 90012

66. Bob Blumenfield – Council District 3

200 N. Spring St., Los Angeles, CA 90012

67. Nithya Raman – Council District 4

200 N. Spring St., Los Angeles, CA 90012

68. Katy Yaroslavsky – Council District 5

200 N. Spring St., Los Angeles, CA 90012

69. Monica Rodriguez – Council District 7

200 N. Spring St., Los Angeles, CA 90012

70. Curren Price – Council District 9

200 N. Spring St., Los Angeles, CA 90012

71. Mike Bonin – Council District 11

200 N. Spring St., Los Angeles, CA 90012

72. John Lee – Council District 12

200 N. Spring St., Los Angeles, CA 90012

73. Hugo Soto-Martinez – Council District 13

200 N. Spring St., Los Angeles, CA 90012

74. Tim McOsker – Council District 15

200 N. Spring St., Los Angeles, CA 90012

75. Michel Moore (LAPD)

   100 W. 1st St., Los Angeles, CA 90012

76. Kristin Crowley (LAFD)

   200 N. Main St., Los Angeles, CA 90012

77. Ricardo Lara (California Insurance Commissioner)

   300 S. Spring St., Los Angeles, CA 90013

78. Stewart Resnick

   11444 W. Olympic Blvd., Suite 200, Los Angeles, CA 90064

79. Lynda Resnick

   11444 W. Olympic Blvd., Suite 200, Los Angeles, CA 90064

80. The Wonderful Company

   11444 W. Olympic Blvd., Suite 200, Los Angeles, CA 90064

81. Carol A. Corrigan

   350 McAllister St., San Francisco, CA 94102

82. Goodwin H. Liu

   350 McAllister St., San Francisco, CA 94102

83. Leondra R. Kruger

   350 McAllister St., San Francisco, CA 94102

84. Joshua P. Groban

   350 McAllister St., San Francisco, CA 94102

85. Martin J. Jenkins

   350 McAllister St., San Francisco, CA 94102

86. Kelli M. Evans

350 McAllister St., San Francisco, CA 94102

87. Dolly M. Gee (Chief Judge)

350 W. 1st St., Los Angeles, CA 90012

88. Stephen V. Wilson

350 W. 1st St., Los Angeles, CA 90012

89. David O. Carter

411 W. 4th St., Santa Ana, CA 92701

90. Percy Anderson

312 N. Spring St., Los Angeles, CA 90012

91. John F. Walter

312 N. Spring St., Los Angeles, CA 90012

92. R. Gary Klausner

312 N. Spring St., Los Angeles, CA 90012

93. Otis D. Wright II

312 N. Spring St., Los Angeles, CA 90012

94. Josephine L. Staton

312 N. Spring St., Los Angeles, CA 90012

95. Michael W. Fitzgerald

312 N. Spring St., Los Angeles, CA 90012

96. Jesus G. Bernal

3470 Twelfth St., Riverside, CA 92501

97. Fernando M. Olguin

312 N. Spring St., Los Angeles, CA 90012

98. André Birotte Jr.

    312 N. Spring St., Los Angeles, CA 90012

99. Stanley Blumenfeld

    312 N. Spring St., Los Angeles, CA 90012

100. John W. Holcomb

    3470 Twelfth St., Riverside, CA 92501

101. Mark C. Scarsi

    312 N. Spring St., Los Angeles, CA 90012

102. Michelle Williams Court

    312 N. Spring St., Los Angeles, CA 90012

103. Anne Hwang

    312 N. Spring St., Los Angeles, CA 90012

104. Brian Murphy

    312 N. Spring St., Los Angeles, CA 90012

105. Martin Estrada

    312 N. Spring St., Los Angeles, CA 90012

106. John G. Roberts Jr.

    1 First Street NE, Washington, D.C. 20543

107. Sidney R. Thomas

    9th Circuit Court of Appeals, 95 7th St., San Francisco, CA 94103

108. Katherine E. Ainsworth

    312 N. Spring St., Los Angeles, CA 90012

109. George Gascón

211 W. Temple St., Los Angeles, CA 90012

110.    Robert Luna

4700 Ramona Blvd., Monterey Park, CA 91754

111.    Darryl L. Osby

5805 S. Eastern Ave., Commerce, CA 90040

112.    Antonia Jiménez

6400 S. Broadway, Los Angeles, CA 90003

113.    Chris Marks

200 N. Spring St., Los Angeles, CA 90012

114.    Jonathan Lucas

4700 Ramona Blvd., Monterey Park, CA 91754

115.    Barbara Ferrer, Ph.D., MPH, MEd

313 N. Figueroa St., Los Angeles, CA 90012

116.    Jonathan E. Sherin

550 S. Vermont Ave., Los Angeles, CA 90020

117.    Dr. Christina Ghaly

313 N. Figueroa St., Los Angeles, CA 90012

118.    Dr. Jeffrey H. Goodman

313 N. Figueroa St., Los Angeles, CA 90012

119.    Kimberly J. Gilbert

200 N. Spring St., Los Angeles, CA 90012

120.    Bobby Cagle

12800 Crossroads Parkway South, City of Industry, CA 91746

121.   Heidi Marston

    811 Wilshire Blvd., 6th Floor, Los Angeles, CA 90017

122.   Dean C. Logan

    12400 Imperial Hwy., Norwalk, CA 90650

123.   Barbara Ferrer, Ph.D., MPH, MEd (MCAH)

    313 N. Figueroa St., Los Angeles, CA 90012

124.   Adrian V. V. Huerta

    201 N. Figueroa St., Los Angeles, CA 90012

125.   Chuck Bonham

    1416 9th St., Sacramento, CA 95814

126.   Norman L. Gilmore

    1416 9th St., Sacramento, CA 95814

127.   Henry J. Gonzalez

    1416 9th St., Sacramento, CA 95814

128.   David Szymanski

    1416 9th St., Sacramento, CA 95814

129.   Matthew D. Kemp

    200 N. Spring St., Los Angeles, CA 90012

130.   Donald B. Vergara

    200 N. Spring St., Los Angeles, CA 90012

131.   State Farm

    333 S. Wabash Ave., Chicago, IL 60604

132.   Allstate

2775 Sanders Rd, Northbrook, IL 60062

133.    Farmers Insurance

6301 Owensmouth Ave., Woodland Hills, CA 91367

134.    AIG (American International Group)

175 Water St., New York, NY 10038

135.    Chubb Limited

202 Hall's Mill Rd., Whitehouse Station, NJ 08889

136.    USAA- 9800 Fred W. 2121 Parkway, San Antonio, TX 78288

137.    Karen Bass (Mayor of Los Angeles, Individual Capacity)- 200 N. Spring St., Los

Angeles, CA 90012

138.    Kristin Crowley (LA Fire Chief, Individual Capacity)

200 N. Main St., Los Angeles, CA 90012

139.    Gavin Newsom (Governor, Individual Capacity)

1021 O St., Sacramento, CA 95814

140.    Joe Biden (President, Individual Capacity)

The White House, 1600 Pennsylvania Ave NW, Washington, D.C. 20500

141.    Kamala Harris (Vice President, Individual Capacity)

The White House, 1600 Pennsylvania Ave NW, Washington, D.C. 20500

142.    Hydee Feldstein Soto – Los Angeles City Attorney

200 N. Main St., Los Angeles, CA 90012

143.    Kenneth Mejia – Los Angeles City Controller

200 N. Spring St., Los Angeles, CA 90012

144.    Paul Krekorian – President, Los Angeles City Council (Council District 2)

200 N. Spring St., Los Angeles, CA 90012

145.   Heather Hutt – Acting President Pro Tempore, Los Angeles City Council (Council

District 10)

200 N. Spring St., Los Angeles, CA 90012

146.   Marqueece Harris-Dawson – Assistant President Pro Tempore, Los Angeles City

Council (Council District 8)

200 N. Spring St., Los Angeles, CA 90012

147.   Bob Blumenfield – Council District 3- 200 N. Spring St., Los Angeles, CA 90012

148.   Lindsey P. Horvath- 821 Kenneth Hahn Hall of Administration 500 W Temple Street

Los Angeles, CA 90012

149.   Mark Pestrella- 900 South Fremont Avenue Alhambra, CA 91803-1331

150.   Los Angeles County Public Works- 900 South Fremont Avenue Alhambra, CA

91803-1331

151.   Martin L. Adams

Los Angeles Department of Water and Power

111 N. Hope Street, Room 1040, Los Angeles, CA 90012

152.   Deanne Criswell

Federal Emergency Management Agency

500 C Street SW, Washington, D.C. 20472

153.   Michel Moore

Los Angeles Police Department

100 W. 1st Street, Los Angeles, CA 90012

154.   Robert Luna

Los Angeles County Sheriff's Department

4700 Ramona Boulevard, Monterey Park, CA 91754

155.    Kristin Crowley

Los Angeles Fire Department

200 N. Main Street, Los Angeles, CA 90012

156.    Vincent P. Bertoni

Los Angeles Department of Building and Safety

201 N. Figueroa Street, Los Angeles, CA 90012

157.    Vicky Ochoa

Los Angeles Housing Department

1200 W. 7th Street, Los Angeles, CA 90017

158.    Kristin Crowley

Los Angeles Homeless Services Authority

521 S. Main Street, 2nd Floor, Los Angeles, CA 90013

159.    Stephanie Wiggins

Los Angeles Metropolitan Transportation Authority

1 Gateway Plaza, Los Angeles, CA 90012

160.    Joseph T. Tyler

California Department of Forestry and Fire Protection

1416 9th Street, Sacramento, CA 95814

161.    Randy Moore

United States Forest Service

1400 Independence Avenue SW, Washington, D.C. 20250

162.    Tani G. Cantil-Sakauye

California Supreme Court

350 McAllister Street, San Francisco, CA 94102

163.    Eric C. Taylor

Superior Court of California, County of Los Angeles

111 N. Hill Street, Los Angeles, CA 90012

164.    Cormac J. Carney

United States District Court for the Central District of California

350 W. 1st Street, Los Angeles, CA 90012

165.    George Gascón

Los Angeles County District Attorney's Office

211 W. Temple Street, Los Angeles, CA 90012

166.    Antonia Jiménez

Los Angeles County Department of Public Social Services

12850 Crossroads Parkway South, City of Industry, CA 91746

167.    Robert Luna

Los Angeles County Office of the Sheriff – Special Enforcement Bureau

4700 Ramona Boulevard, Monterey Park, CA 91754

168.    Jonathan Lucas

Los Angeles County Coroner's Office

1104 N. Mission Road, Los Angeles, CA 90033

169.    Barbara Ferrer

Los Angeles County Department of Public Health

313 N. Figueroa Street, Los Angeles, CA 90012

170.    Jonathan E. Sherin

Los Angeles County Department of Mental Health

550 S. Commonwealth Avenue, 5th Floor, Los Angeles, CA 90020

171.    Dr. Christina Ghaly

Los Angeles County Department of Health Services

313 N. Figueroa Street, Los Angeles, CA 90012

172.    Bobby Cagle

Los Angeles County Office of AIDS Programs and Policy

510 S. Commonwealth Avenue, Los Angeles, CA 90020

173.    Heidi Marston

Los Angeles County Department of Aging and Disabilities

3175 W. 6th Street, Los Angeles, CA 90020

174.    Chuck Bonham

Los Angeles County Office of Child Protection

1200 W. 7th Street, Los Angeles, CA 90017

175.    David Szymanski

Los Angeles County Probation Department - Juvenile Division

9150 E. Imperial Highway, Downey, CA 90242

176.    Ariel T. Lugo

Los Angeles County Children's Services Auxiliary

1281 E. Shaw Avenue, Fresno, CA 93710

177.    Chuck Bonham

California Department of Fish and Wildlife

1416 9th Street, Sacramento, CA 95814

178.   Norma L. Gilmore

Los Angeles County Department of Parks and Recreation

433 S. Spring Street, Los Angeles, CA 90013

179.   Henry J. Gonzalez

Los Angeles County Agricultural Commissioner/Weights and Measures

11012 S. Garfield Avenue, South Gate, CA 90280

## II. INTRODUCTION

This case represents a landmark effort to expose and dismantle a corrupt enterprise operating under the guise of U.S.A. INC., a fraudulent corporate entity, equipped with a Dun & Bradstreet Number, that has infiltrated every level of governance in America and in this case the State of California and beyond. Through the use of jurisdiction-less tribunals, void codes, and illegitimate authorities, the Defendants have subverted constitutional governance, perpetrated systemic harm, and enriched themselves at the expense of the We the People, Mother Earth, and the public trust.

1.   The Fraudulent Construct of U.S.A. INC.: For decades, the Defendants have conspired to transform legitimate governmental structures into tools of profit-driven exploitation. By replacing constitutional law with colorable law—a system of void codes lacking constitutional authority—they have created a façade of legitimacy to mask their racketeering activities. This enterprise has deprived the people of their fundamental rights, rendered public institutions complicit in criminal acts, and facilitated the misappropriation of public resources.

2. Systemic Corruption and Exploitation: The Defendants, including high-ranking officials, government agencies, corporations, and private actors, have engaged in a pattern of racketeering activities designed to consolidate power, suppress dissent, and exploit natural and financial resources. Their actions have caused irreparable harm, including environmental destruction, economic instability, and the deprivation of due process for countless individuals.

3. Key among these activities are: (i) Misappropriation of Funds: Diverting disaster relief and public resources to private enterprises. (ii) Environmental Devastation: Neglecting wildfire prevention measures and exploiting natural disasters for profit. (iii) Judicial Fraud: Operating tribunals without lawful jurisdiction and enforcing void judgments that violate constitutional rights.

4. A Call to Restore Constitutional Governance: This complaint seeks to hold the Defendants accountable for their actions under both state and federal RICO statutes, including California Penal Code § 186.2 and 18 U.S.C. § 1962. Plaintiffs demand an end to the fraudulent governance perpetuated by U.S.A. INC. and call for the restoration of lawful, constitutional authority. Thereby, We the People on behalf of all living souls and public interest of California, bring this action to shine a light on the enterprise's egregious acts, seek justice for its victims, and establish a legal precedent that affirms the sovereignty of the people over artificial corporate constructs.

## III. JURISDICTION

Federal jurisdiction is invoked under:

1. RICO (18 U.S.C. § 1964): Violations of racketeering statutes, including extortion, fraud, and obstruction of justice.

2. 42 U.S.C. § 1983: Violations of constitutional rights by public officials and entities acting under color of state law.

3. 42 U.S.C. § 1985: Conspiracy to interfere with civil rights, particularly the right to life, safety, and property.

4. 28 U.S.C. § 1331: Federal question jurisdiction for constitutional violations.

5. Article III of the United States Constitution: The Defendants' racketeering activities resulted in significant environmental harm during the Los Angeles wildfires. Federal Environmental Laws: (i) National Environmental Policy Act (NEPA): By failing to properly assess and mitigate the environmental impact of their activities, the Defendants exacerbated wildfire risks, endangered local ecosystems, and violated federally mandated safeguards. (ii) The Endangered Species Act (ESA): The Defendants' negligence and mismanagement led to the destruction of habitats critical to federally protected species, including the California condor and mountain lions, causing irreparable harm to biodiversity. These actions fall squarely within the federal judiciary's purview as they directly involve the application and enforcement of federal environmental regulations. (iii) Federal Interest in Natural Resources: The Los Angeles wildfires caused extensive damage to federally managed lands and resources, triggering federal jurisdiction under Article III. The harm includes: (a) Destruction of wildlife and natural habitats on lands under federal protection, such as national forests and recreational areas. (b)

Mismanagement of federal disaster relief funds intended to mitigate and recover from wildfire damage, amounting to fraud and embezzlement of public resources.

(c ) The federal government has a vested interest in ensuring the proper stewardship of these resources, and this Court is empowered to address violations that undermine their protection. (iv) Public Trust Doctrine: The Defendants breached the public trust doctrine, which obligates governments to hold natural resources, such as air, water, and wildlife, in trust for the public. By prioritizing profit over their fiduciary duty to protect the environment and public welfare, the Defendants: (a) Failed to implement known wildfire prevention measures, leading to widespread destruction of public lands and communities. (b) Exploited natural disasters for financial and political gain, further degrading public trust in government institutions.

## IV. DEFENDANTS' ROLES IN THE ENTERPRISE

1. The Defendants, individually and collectively, played pivotal roles in operating and perpetuating the racketeering enterprise. Their actions or omissions, detailed below, facilitated the commission of predicate acts as defined under federal and state RICO statutes:

    a. Mayor Karen Bass and State Leaders (e.g., Gavin Newsom): Neglected to allocate adequate resources despite warnings of wildfire risks and misrepresented the city's emergency preparedness.

    b. Neglected critical duties, creating vulnerabilities that enabled systemic exploitation.

    c. Misrepresented preparedness measures to the public to conceal mismanagement.

    d.   Kristin Crowley (Fire Chief): Publicly criticized budget cuts but failed to propose alternative strategies to prevent catastrophic losses.

    e.   State and Federal Officials (Gavin Newsom, FEMA, Joe Biden, and Kamala Harris): Promoted political and media narratives diverting attention from their inaction and complicity.

    f.   Federal Agencies (e.g., FEMA):

    Provided inadequate oversight and misallocated disaster relief funds, allowing for misuse in personal or political gain.

2.   Municipal and State Entities

    a.   Los Angeles Department of Public Works and Housing Authority:

    Systematically neglected their mandates to maintain infrastructure, knowingly enabling conditions that supported fraudulent contracts and substandard public services.

    b.   California Department of Forestry and Fire Protection (Cal Fire):

    Demonstrated gross negligence by failing to implement known wildfire prevention measures, resulting in severe public harm.

    c.   Los Angeles Department of Water and Power: Knew or should have known of infrastructure limitations that led to insufficient water pressure for firefighting efforts.

3.   Corporate and Private Sector Participants

    a.   Insurance Corporations (e.g., State Farm, AIG):

    Collaborated with public entities in fraudulent claims processes, leveraging their positions to inflate premiums and deny rightful settlements to victims.

    b.   Contractors and Service Providers:

        Engaged in kickback schemes with government agencies, ensuring lucrative

        contracts for subpar or nonexistent work.

4.   Judicial and Law Enforcement Actors

    a.   Los Angeles County Courts and District Attorney's Office:

        Acted to obstruct investigations into the enterprise by suppressing evidence,

        influencing judicial outcomes, and shielding co-conspirators.

    b.   Los Angeles Police Department and Sheriff's Department:

        Engaged in acts of intimidation and evidence tampering to deter whistleblowers

        and victims from pursuing justice.

5.   Specific Individuals

    a.   Gavin Newsom, Karen Bass, and Michel Moore (LAPD Chief):

        Utilized their authority to protect enterprise activities under the guise of public

        service, actively promoting policies that facilitated criminal activities.

Legal Basis

These roles and actions collectively constitute a pattern of racketeering activity as defined under 18 U.S.C. § 1961 and Georgia's RICO Act (O.C.G.A. § 16-14-4). Each defendant acted with intent, knowledge, or reckless disregard, contributing to the perpetuation of the enterprise and its illegal objectives.

### V. RACKETEERING ACTIVITIES

The defendants engaged in a coordinated and systematic pattern of illegal activities that constitute racketeering under California's Racketeer Influenced and Corrupt Organizations Act

(California Penal Code § 186.2 et seq.) and federal RICO laws (18 U.S.C. § 1962). The specific racketeering activities include, but are not limited to, the following:

1. Fraudulent Misrepresentation and Deceptive Practices (Bogus Services)

    a.  Mail Fraud (18 U.S.C. § 1341) and Wire Fraud (18 U.S.C. § 1343):
        Defendants employed mail and electronic communications to distribute false statements about public safety preparedness, disaster relief funding, and infrastructure projects, misleading the public and appropriating funds for personal and political gain.

    b.  California Penal Code § 484 (Theft by False Pretenses):
        Utilized false representations to secure funds for supposed disaster relief efforts, only to misappropriate those funds for private use, leaving public programs underfunded.

2. Embezzlement and Misappropriation of Public Funds

    a.  California Penal Code § 424 (Misappropriation of Public Funds):
        Defendants embezzled public funds allocated for wildfire prevention, housing, and emergency services, redirecting resources to enterprises benefiting private contractors or politically connected entities.

3. Obstruction of Justice

    a.  California Penal Code § 132 (Tampering with Evidence) and § 134 (Preparation of False Evidence):
        Intentionally altered or destroyed records to conceal the scope of enterprise activities.

    b.  18 U.S.C. § 1512 (Witness Tampering):

Threatened whistleblowers and obstructed investigations into enterprise activities through coercion and retaliation.

4. Extortion and Coercion

    a.  California Penal Code § 518 (Extortion):

Leveraged positions of power to demand financial kickbacks from contractors and corporations in exchange for favorable treatment, including awarding contracts and shielding participants from accountability.

    b.  California Penal Code § 523 (Extortion by Threatening Letters):

Issued threats through correspondence to enforce compliance with enterprise objectives, including silencing dissent and demanding cooperation from public officials and private entities.

5. Bribery and Corruption

    a.  California Penal Code § 67 (Bribery of Executive Officers) and § 68 (Acceptance of Bribes):

High-ranking officials accepted bribes to ensure specific contractors and corporations received government contracts and grants.

    b.  California Penal Code § 182 (Criminal Conspiracy):

Conspired to manipulate resource allocation and regulatory decisions for financial and political benefit.

6. Money Laundering

a. California Penal Code § 186.10 (Money Laundering):

Engaged in laundering funds obtained through fraudulent contracts, embezzlement, and bribes, using shell corporations and offshore accounts to obscure the origins of illicit proceeds.

7. Environmental Crimes and Negligence

a. California Health and Safety Code § 25510 (Hazardous Materials Release):

Failed to implement safety measures to prevent hazardous environmental impacts, resulting in significant harm to communities and ecosystems.

b. California Penal Code § 452 (Reckless Burning):

Willfully neglected wildfire prevention measures, contributing to catastrophic wildfires and environmental destruction.

8. Insurance Fraud

a. California Penal Code § 550 (Insurance Fraud):

Collaborated with insurance companies to inflate claims, deny legitimate coverage, and manipulate disaster recovery processes to maximize profits for the enterprise.

Legal Basis and Conclusion

The aforementioned activities demonstrate a pervasive pattern of racketeering as defined under California Penal Code § 186.2. Each act is interrelated and demonstrates the defendants' collective intent to enrich themselves and maintain power at the expense of public safety, environmental health, and economic stability. These activities establish the necessary predicate acts to hold the defendants accountable under California and federal RICO statutes.

## VI. STATEMENT OF FACTS & CLAIMS

1. **ACTS OF TERROR & HIGH CRIMES:** The Defendants willfully neglected their duties during the January 2025 wildfires in Los Angeles, contributing to the death of at least 24 residents, the destruction of over 12,000 structures, economic damages exceeding $150 billion, and the estimated loss of over 1 billion wildlife animals including endangered species such as the California condor and mountain lions. The Defendants conspired to prioritize profit, political agendas, and resource mismanagement over public safety. They knowingly perpetuated a corrupt enterprise violating state and federal laws.

2. **CONSPIRACY TO DEPRIVE RIGHTS VIA INSURANCE SCHEMES:** In the years leading up to the recent wildfires in Los Angeles, several major insurance companies reduced or ceased offering fire insurance coverage in high-risk areas, impacting many homeowners. In May 2023, State Farm announced it would stop accepting new applications for business and personal casualty insurance in California, citing increased wildfire risks and rising construction costs. Following State Farm's decision, Allstate also halted new home insurance policy sales in California due to similar concerns over wildfire risks. These actions left many residents in high-risk areas without access to traditional fire insurance coverage, forcing them to seek alternatives such as the California FAIR Plan, the state's insurer of last resort. The FAIR Plan often comes with higher premiums and limited coverage, adding financial strain to homeowners. The reduction in coverage by major insurers and the subsequent reliance on the FAIR Plan have raised concerns about the long-term availability and affordability of fire insurance in California's high-risk areas.

3. Insurance agencies that have taken actions to reduce or cease offering fire insurance coverage in California's high-risk wildfire areas: (i) State Farm: Stopped accepting new applications for home and business casualty insurance in California in 2023, citing increasing wildfire risks and rising rebuilding costs. (ii) Allstate: Halted issuing new home insurance policies in California shortly after State Farm, citing similar concerns. (iii) Farmers Insurance: Announced reductions in policy offerings across high-risk wildfire zones in California to limit financial exposure. (iv) AIG (American International Group): Ceased renewing some high-value homeowner policies in wildfire-prone areas of California. (v) Chubb Limited: Restricted coverage availability for high-risk homes, focusing on reducing exposure in wildfire-prone regions. (vi) USAA: Implemented stricter underwriting policies for new policies in areas with high wildfire risk. These actions have left many homeowners dependent on the California FAIR Plan, the state's insurer of last resort, which often provides limited coverage at higher premiums.

4. **WILDFIRES AS MEANS OF GENERATING ILLICIT FUNDS:** The recent wildfires in Los Angeles have intensified resentment among the community about the city's preparations for the 2028 Olympic Games and its SmartLA 2028 initiative. As of January 2025, wildfires have consumed tens of thousands of acres in Los Angeles County, deliberately destroying key venues designated for the 2028 Summer Olympics. Sites such as the historic Riviera Golf Club and the UCLA campus, which was planned as the Olympic Village, are among those affected. Other venues include SoFi Stadium, Carson Stadium, and Crypto.com Arena. The seemingly premeditated damage to these facilities has sparked concerns that the city has deliberately created this issue simply to

prioritize rebuilding these arenas through illicit means, rather than focusing on the rehabilitation of local communities and ecosystems.

5. **MURDEROUS CITY MANAGEMENT:** The response to the wildfires has drawn criticism toward Los Angeles Mayor Karen Bass and California Governor Gavin Newsom. The people claim that inadequate infrastructure and budget cuts have deliberately exacerbated the crisis. For instance, during the fires, most hydrants lacked water, a problem persisting since the 2018 Woolsey Fire. Additionally, a recent $17.5 million budget cut from the LA Fire Department has been highlighted as a factor compromising the city's emergency response capabilities with reports highlighting that over $100 million in total was cut from wildfire fighting funds this fiscal year.

6. Presumption of Trust Nullified: Amid the chaos, the people of California have emerged, alleging that the wildfires were intentionally started to facilitate the development of smart cities under the United Nations' 2030 Agenda. These claims suggest a deliberate "land grab" to implement the SmartLA 2028 initiative.

7. **CONSPIRACY AGAINST ENVIRONMENTAL JUSTICE:** The environmental impact of the 2028 Olympics has also been a point of contention. While city officials claim that hosting the Games will have "no impact" on the environment, residents in areas like Inglewood express concerns about potential displacement and environmental degradation resulting from Olympic-related developments.

8. **IRREPARABLE HARM ON ENDANGERED SPECIES:** The recent wildfires in Los Angeles have caused extensive damage to local wildlife, threatening both common and endangered species. The fires have encroached upon habitats of critically endangered species, including the California condor, mountain lions, and black bears. With only

about 350 California condors remaining, many residing in the affected areas, the fires pose a significant threat to their survival.

9. Displacement and Injury of Wildlife: Beyond endangered species, numerous animals have been displaced, injured, or killed due to the fires. Emergency shelters are overwhelmed with injured animals, and there is an urgent need for medical supplies and public assistance to care for them.

10. Destruction of Natural Habitats: The fires have devastated natural areas such as the Eaton Canyon Nature Area, a vital educational and recreational site for children and a habitat for various wildlife species. The loss of such sanctuaries disrupts local ecosystems and the species that depend on them.

11. Long-Term Ecological Consequences: The destruction of habitats leads to long-term ecological consequences, including the disruption of food chains, loss of biodiversity, and challenges in species recovery. The fires' aftermath may also result in increased human-wildlife conflicts as animals venture into urban areas seeking food and shelter. In summary, the Los Angeles wildfires have inflicted severe damage on local wildlife populations, particularly endangered species, and have led to the destruction of critical natural habitats, posing significant challenges for conservation and ecological recovery efforts.

12. **CONSPIRACY TO COMMIT HIGH CRIMES ON MOTHER EARTH:** As of January 13, 2025, wildfires in the Los Angeles area have burned over 40,300 acres, resulting in at least 24 fatalities and damaging more than 12,300 structures. The economic impact is substantial, with damages estimated between $52 billion and $57 billion, and insured losses potentially reaching $20 billion. Additionally, the people have

pointed out that conspirators within U.S.A. INC., such as governor Gavin Newsom and Mayor Karen Bass, are more concerned about the potential impact of these "wildfires" on Los Angeles's ability to host the 2028 Olympics rather than the devastating loss of California ecosystems.

13. The forests and natural areas in and around Los Angeles are home to a rich diversity of wildlife. For instance, the Angeles National Forest, covering approximately 700,000 acres, provides habitat for numerous species, including 22 sensitive plant species, 23 sensitive wildlife species, and 16 threatened and endangered species. In Los Angeles County, over 500 species of animals have been documented, highlighting the region's biodiversity. Additionally, the county is home to more than 500 recorded bird species, making it one of the most bird-diverse counties in the United States. While comprehensive species counts for specific wooded areas affected by recent wildfires may not be readily available, these figures provide an overview of the rich biodiversity present in Los Angeles's forests and natural habitats, estimating that 1 billion natural habitats have been affected.

14. Notably, the Angeles National Forest has been significantly impacted by the recent fires. The Eaton Fire, which began on January 7, 2025, in Eaton Canyon north of Pasadena, has burned over 2,227 acres. As of January 12, 2025, containment efforts have increased, with firefighters constructing and improving containment lines and conducting urban search and rescue operations along the southern edge of the fire. Additionally, the Lidia Fire, which started on January 8, 2025, near Soledad Canyon Road in Acton, California, burned approximately 394 acres and reached 100% containment as of January 10, 2025.

15. Allegations have surfaced claiming that Governor Gavin Newsom is collaborating with developers to rezone areas in Pacific Palisades, particularly those affected by recent wildfires, from R1 (single-family) to R3 (multi-family apartments). The people claim that such changes could lead to overdevelopment in fire-prone regions, potentially increasing risks to residents and the ecosystem. In response to these allegations, Governor Newsom has publicly denied any involvement in rezoning efforts in Pacific Palisades. He stated on X (formerly Twitter), "This is not true!" shifting the blame by declaring zoning decisions are typically managed by local city governments, not at the state level. Subsequently, Defendant Newsom signed an order easing building restrictions to facilitate redevelopment in affected areas which only furthered these "One World Order" rebuilding strategies. Notably, the state has been exploiting housing shortages and affordability issues. In recent years, legislation such as Senate Bill 9 has been enacted to allow for increased housing density in traditionally single-family zoned areas at the expense of the good people and our *MOTHER,* the *EARTH.*

16. **CONSPIRACY AGAINST HUMANITY & DEATH WAGERS:** The recent wildfires in Los Angeles have been exacerbated by certain urban planning decisions, transforming natural fire events into more destructive disasters. Key factors include: Development in High-Risk Areas- Urban expansion into wildland-urban interfaces (WUIs) has increased the exposure of communities to wildfire hazards. Developments like the proposed Centennial project, intended to add approximately 19,333 homes in high fire hazard zones, exemplify this trend. Such projects place residents in areas prone to wildfires, elevating risks to both human life and property.

17. Zoning Laws and Housing Policies: Restrictive zoning laws have limited the construction of fire-resistant urban housing, pushing development toward more fire-prone suburban and rural areas. This shift increases the number of structures and residents in high-risk zones, complicating evacuation efforts and straining emergency services during wildfire events.

18. Vegetation Management: Inconsistent vegetation management, particularly in areas adjacent to urban developments, has contributed to the severity of wildfires. The accumulation of dry vegetation serves as fuel, allowing fires to spread rapidly into residential neighborhoods. Effective management strategies which are essential to mitigating these risks have failed to be implemented.

19. Aging Infrastructure: Aging infrastructure, including power lines and communication systems, have exacerbated wildfire risks. Failures in these systems are responsible for igniting fires and hindering emergency response efforts, increasing the liability for the recent widespread damage.

20. Insurance Policies: Legislation like California's Proposition 103, which reduced insurance premiums and subjected rate hikes to public oversight, inadvertently encouraged development in high-risk areas by downplaying associated dangers. Consequently, many insurers have ceased coverage in vulnerable regions, leading to increased reliance on the California FAIR Plan and posing substantial financial liabilities for taxpayers. Addressing these challenges requires comprehensive urban planning reforms that prioritize sustainable development, effective vegetation management, infrastructure modernization, and realistic insurance policies to mitigate the impact of wildfires on communities and the wildlife.

21. **CONSPIRACY TO GENOCIDE:** California, particularly those impacted by the devastating wildfires in Los Angeles, are and will continue to experience the same systemic mistreatment from the Federal Emergency Management Agency (FEMA) as was seen in North Carolina following Hurricane Helene.

22. As in North Carolina, where FEMA terminated housing assistance for thousands of displaced survivors despite ongoing recovery needs, California residents are at risk of facing the same abrupt and punitive measures, which would force them out of temporary shelters, without adequate preparation or alternatives. FEMA's historical practices and current responses to disaster survivors suggest that California residents, who have been severely impacted by the ongoing wildfires, will similarly find themselves subjected to arbitrary deadlines, bureaucratic delays, and unjust denial of extended relief.

23. FEMA's handling of temporary housing assistance has been marked by clear indications that, while the agency may initially provide essential resources, there is little guarantee of continued support, especially when housing alternatives are unavailable. This is evident in the case of North Carolina's survivors of Hurricane Helene, where individuals were not given sufficient notice of their need to vacate FEMA-provided hotels, nor were they afforded adequate housing alternatives in a timely manner. These residents were left in a vulnerable state, without sufficient resources or housing, creating a crisis situation where individuals were forced into precarious living conditions in which many have lost their lives as a result, due to the freezing temperatures.

24. Similarly, as California grapples with both the immediate and long-term impacts of catastrophic fires, it is reasonable to expect that FEMA will apply similar harsh treatment to California's wildfire survivors. By adhering to rigid policies that lack consideration for

the unique and ongoing needs of those displaced, FEMA risks repeating its failures seen

in North Carolina, where families were left without viable housing options and subjected

to unfair treatment in the wake of disaster. The likelihood of displaced Californians

facing the same uncertainty and distress caused by FEMA's inadequate support is high.

25. FEMA's continued failure to adequately assist disaster survivors in a manner that reflects

their immediate needs and long-term recovery is unacceptable. California residents

should not have to endure the same tragic mistreatment that North Carolina saw. The

denial of assistance and the arbitrary removal of housing resources, without regard for the

residents' circumstances, is a violation of their rights under the law and a breach of the

duty owed to them by FEMA. The people  assert that the agency's actions are detrimental

to the well-being and stability of the survivors and call for immediate action to prevent

further harm.

26. **CONSPIRACY TO MISALLOCATE FEDERAL FUNDS:** The people are shocked

and appalled that the federal government has made significant financial resources

available to other countries in times of such crisis, such funds have not been equitably

distributed to the residents of California, who are grappling with the unprecedented

destruction caused by the recent wildfires.

27. In 2024, President Biden authorized substantial foreign aid to assist other countries.

However, while these international commitments are important, the prioritization of

funds for overseas relief raises concerns when contrasted with the glaring and urgent

needs of disaster-stricken American citizens.

28. California, suffering from catastrophic wildfires that have left thousands displaced and

homeless, continues to face a dire shortage of resources for recovery. Despite the state's

catastrophic losses, the federal response has been slow and insufficient. Local governments, residents, and advocacy groups in California have repeatedly called for more immediate and comprehensive disaster relief to address the widespread destruction.

29. At a time when American citizens are facing a growing housing crisis and significant recovery challenges, federal funds have been allocated elsewhere, leaving North Carolina and California's most vulnerable populations in a prolonged state of uncertainty. This inequitable distribution of resources, particularly when so many Americans are in need, calls into question the priorities of the federal government and whether the urgent needs of citizens within the United States are being given the attention they deserve.

30. While the support for international crises is undeniably crucial, it is imperative that the federal government ensures its citizens, especially those facing life-threatening and long-lasting consequences from natural disasters, are not left without the resources needed for recovery. The failure to prioritize domestic disaster relief and properly address the ongoing needs of California residents is a grave oversight that must be rectified.

31. **CONSPIRACY AGAINST NATURAL RIGHTS:** Officials are accused of prioritizing fish over human needs during water shortages, involving both environmental and political controversies. This controversy began when California's water management policies, designed to protect endangered species like the Delta smelt, led to decisions that limited water availability for agricultural and residential use. The backlash grew as many residents and farmers faced severe water restrictions while environmentalists pushed to maintain protections for the fish. The people argue that the government's focus on protecting fish species—especially during drought conditions—resulted in water being diverted away from communities, farms, and even essential services. This conflict led to

accusations of mismanagement and prioritization of environmental concerns over human welfare. The debate reached a tipping point during periods of extreme drought, when water for farming, residential use, and even basic necessities became increasingly scarce. Many people felt that the government was more concerned with the survival of fish than with the needs of its people, leading to frustration and anger, particularly in rural areas and communities dependent on agriculture.

32. The controversy over California's water management, particularly the protection of the delta smelt, has intensified amid recent wildfires in Los Angeles. Critics, including President-elect Donald Trump, argue that prioritizing the delta smelt over human needs has exacerbated water shortages, hindering firefighting efforts. Trump has accused Governor Gavin Newsom of choosing to "save an extinct fish" instead of allocating water to combat the fires.

33. **USE OF DIRECT ENERGY WEAPONS:** Directed Energy Weapons (DEWs) are often speculated to be responsible for highly specific destruction patterns during catastrophic events such as wildfires. These weapons utilize electromagnetic energy to target and destroy specific materials or areas. Theories surrounding DEWs have gained traction based on eyewitness testimony from survivors of events like the Maui and Los Angeles fires, who have reported unusual patterns of destruction. One of the most controversial claims is that blue-colored objects, such as roofs or vehicles, were consistently spared from damage in these fires. The color of an object is determined by how it reflects or absorbs certain wavelengths of light. This has led to speculation that blue objects might somehow neutralize the effects of directed energy weapons. Witnesses have pointed out that homes with blue roofs and blue vehicles appeared untouched by the fires while

surrounding structures were reduced to ash, sparking concerns about selective targeting or advanced technological involvement.

34. Victims and survivors of these fires have voiced suspicions of a hidden agenda, alleging that the sparing of blue objects is not coincidental but part of a broader, sinister plan. These concerns are fueled by the noticeable pattern of destruction and the response shown by government entities and corporations (referred to as U.S.A. INC.), dismissing these observations as baseless conspiracy theories. The people argue that such dismissals serve to obscure the truth and deflect attention from potential New World Order activities, including population control, genocide, and societal manipulation. The persistence of these theories highlights growing distrust in authorities and a deepening divide between official narratives and public skepticism. While mainstream media and government agencies label these claims as unfounded, the anecdotal evidence and patterns observed by victims continue to fuel anger and demand for accountability. Whether or not DEWs are involved, the controversy underscores the need for transparency, further investigation, and a chance for those affected to share their witness testimony in front of a jury.

35. **FIRE AWAY!" -DEFENDANT BIDEN THE WITTY IMPOSTER:** While discussing the ongoing crisis, Biden declared to Defendant Kamala Harris, "fire away... no pun intended." This remark was perceived as an attempt to gaslight the people, given the severity of this historical disaster. The people are appalled and claim his comment was highly inappropriate and tone-deaf, given the severity of the fires and their impact on thousands of people and ecosystems. His attempt to seem incompetent or witty thereby lacking accountability for the recent terror attacks highlights his patterns of deception and

deliberate attempts to cause emotional distress to the people. The joke about the fires was seen as the ultimate disrespect due to the fact *We the People* have been calling for his indictment since October 1st 2024, in Federal Case No. 1:24-cv-04457. In a time when many are facing loss of homes, property, and even lives, making a joke about such a devastating genocide is out of touch with the gravity of these acts of tyranny. For those affected by the fires, the comment was seen as trivializing the real pain and hardship they are enduring at the hands of U.S.A. INC.

36. **A GUILTY SLIP OF THE TONGUE:** On December 1, 2025, during a televised press conference, Mark Pestrella, the director of Los Angeles County Public Works, made a controversial statement that ignited significant backlash. While addressing the ongoing investigation into a series of devastating wildfires in the region, Pestrella remarked, "we started this fire." This statement has been a subject of intense scrutiny and public outcry, as it was perceived by many as an inadvertent admission of culpability for the fires that have wreaked havoc on both the environment and local communities. In the days that followed, Pestrella and his office attempted to clarify that the comment was a "slip of the tongue" and did not reflect the actual cause of the fires. Despite these clarifications, the damage to public trust was immediate, as many residents, community leaders, and media outlets interpreted the comment as indicative of deeper systemic issues in fire prevention and resource management.

37. Public Perception: The public's reaction to Pestrella's statement was swift and vehement. Outraged citizens and officials demanded an immediate explanation, fearing that the comment suggested negligence or worse—malfeasance—on the part of local government agencies responsible for fire safety. The statement also fueled political debates, with

some critics seizing on the incident as evidence of broader failures in disaster response and accountability at a governmental level. In the aftermath, various stakeholders, including environmental groups, local political figures, and even other government agencies, publicly distanced themselves from Pestrella's remarks, with some questioning whether the County was adequately addressing the root causes of the fires. The incident also sparked outcries about the transparency and competence of Los Angeles County's fire management policies.

38. **Legal Implications:** The remarks underscore the potential for gross negligence and corruption within local government agencies, particularly in relation to the improper handling of wildfire risks. Further investigation into Pestrella's office, its decision-making processes, and its involvement in the allocation of resources for fire prevention could serve as critical components in substantiating claims of racketeering and criminal enterprise within public works.

39. These statements highlight a larger pattern of misconduct that includes fraud, negligence, and mismanagement of taxpayer resources intended for wildfire prevention and response. It also indicates possible collusion between governmental entities and private interests involved in wildfire mitigation services, creating the foundation for a broader RICO case involving conspiracy, fraud, and public corruption.

40. **SATANIC ABUSE AND SYMBOLISM**: During recent television updates on the Los Angeles fires, Lindsey Horvath, former mayor of West Hollywood and current member of the Los Angeles County Board of Supervisors, was seen wearing a necklace that many viewers perceived as an upside-down cross. This immediately sparked controversy, as the inverted cross is widely associated with anti-religious sentiments or satanic symbolism.

In response, representatives from U.S.A. INC. attempted to dismiss these concerns, claiming that the necklace was actually a St. Brigid's Cross. However, this explanation has not quelled the skepticism of many, particularly given longstanding evidence of satanic "One World Order" influences within Hollywood.

41. The good people declare that these forces are deeply entrenched in the entertainment industry, where powerful networks and human trafficking enterprises are believed to directly enrich U.S.A. INC. This has only heightened public concern, as many view the intertwining of elitist agendas with entertainment as further proof of the industry's darker undercurrents. The perception that Hollywood is a breeding ground for nefarious activities, including the exploitation of vulnerable individuals, has fueled distrust in any attempts to dismiss such symbolism as coincidental.

42. These claims have been fueled by the perception that powerful elites within the entertainment industry view the common people as expendable, inferior, and parasitic to the rich. The incident has further amplified public distrust, with the people questioning whether such symbolism is coincidental or a deliberate affront in an era of growing unease about the erosion of traditional values and the perceived rise of elitist ideologies.

43. **DESTRUCTION OF EVIDENCE & OBSTRUCTION OF JUSTICE:** The backlash surrounding the Los Angeles fires, particularly regarding celebrities like Sean "Diddy" Combs whose properties were affected, has sparked a mix of public skepticism. The people have speculated that the destruction of these homes was conveniently timed to erase evidence of U.S.A. INC.'s criminal activities, notably human trafficking. These claims are largely driven by public distrust of powerful figures in entertainment and the

media, and the belief that wealthy individuals might exploit catastrophic events to cover

up misdeeds.

44. The people have also become critical of how the wealthy are perceived to be treated

differently in disasters, with some arguing that their properties receive more attention and

resources than those of lower-income individuals. Notable celebrity figures such as Mel

Gibson, Milo Ventimiglia, and Benjamin Rigby.

45. **CONSPIRACY AGAINST THE NATURAL ENVIRONMENT:** Stewart and Lynda

Resnick, a billionaire couple based in Los Angeles, own The Wonderful Company, which

includes brands like FIJI Water, POM Wonderful, and Wonderful Pistachios. Their

ownership of FIJI Water has drawn criticism due to concerns about environmental impact

and resource allocation.

46. Environmental and Ethical Concerns: The people argue that exporting large quantities of

bottled water from Fiji, where some local communities lack access to clean drinking

water, raises ethical questions. Additionally, the environmental impact of bottling and

shipping water across the globe has been a point of contention.

47. Tax Disputes: The Resnicks have faced disputes with the Fijian government over water

extraction taxes. In 2010, when the government increased the tax on water extraction,

FIJI Water initially protested by shutting down operations but later resumed after

negotiations.

48. Water Usage in California: Beyond FIJI Water, the Resnicks have been criticized for their

extensive water usage in California's Central Valley, particularly during periods of

drought. Their agricultural operations, especially almond and pistachio farming, are

water-intensive, leading to concerns about resource allocation in water-scarce regions.

These controversies highlight the complex ethical and environmental issues associated with the Resnicks' business operations, both in Fiji and California.

49. **CONSPIRACY TO ENSLAVE:** The recent call for martial law in response to the Los Angeles "wildfires" has sparked widespread speculation and concern among citizens, particularly regarding government overreach and the potential erosion of constitutional rights. Many argue that implementing martial law—where civilian authority is temporarily replaced by military control—sets a dangerous precedent, especially when it risks sacrificing fundamental freedoms such as free movement, property rights, and due process.

50. The people highlight that declaring martial law under the current circumstances, where they claim no legitimate government is in place, could lead to severe restrictions on individual liberties. Concerns include curfews, forced evacuations, and limited access to public areas, even for those not directly impacted by the fires. Moreover, fears persist that invoking martial law in this scenario could create a slippery slope, making it easier for the government to justify such measures in less extreme situations in the future.

51. In the context of these so-called "wildfires," which are widely viewed as terror attacks, we question whether martial law would genuinely prioritize public safety or serve as a mechanism for consolidating power under U.S.A. INC. Many argue that existing emergency response frameworks—such as disaster declarations and National Guard deployments—are sufficient to manage wildfires without resorting to military control. They stress that protecting lives and property should not come at the expense of constitutional protections during a time where there is no legitimate government in place at this time.

52. Proponents of martial law contend that such measures might be necessary in extreme cases to enforce evacuation orders, prevent looting, and allocate resources efficiently. However, the people counter that transparency and adherence to democratic principles must remain paramount, even during emergencies. This debate underscores the tension between ensuring public safety and safeguarding constitutional rights in times of crisis. While U.S.A. INC. believe extraordinary measures are justified in the midst of these orchestrated circumstances, the people remain cautious, emphasizing the potential long-term consequences of normalizing martial law especially while we have zero law abiding agencies at this time and remedy for the people is non-existent.

## VII. REMEDY

1. After the Holocaust, the issue of reparations for Jewish survivors became a crucial aspect of post-war negotiations. Recognizing the immense suffering endured by the Jewish people during the Holocaust, various countries and organizations took steps to provide financial compensation for the victims. One of the most significant initiatives was the Luxembourg Agreement of 1952, in which West Germany agreed to pay reparations to Jewish individuals who had suffered under Nazi persecution. These reparations aimed to acknowledge the atrocities committed and to provide some measure of restitution for the loss of property, livelihoods, and, most importantly, human dignity. Over the years, the scope of reparations expanded to include additional compensation programs and social welfare measures, ensuring that survivors and their families received support in their later years. While reparations could never fully heal the wounds of the Holocaust, they represented a significant acknowledgment of the injustice inflicted upon the Jewish people and provided a form of material redress for their suffering.

2.  Similar to the Luxembourg Agreement, the Claimant(s) are requesting this honorable court establish a framework for compensating victims of child trafficking which will involve acknowledging the emotional, financial, and physical toll inflicted upon them as well as support services to aid in healing and rebuilding the victim's lives.

3.  The Claimant(s) seek life-long financial restitution for the egregious genocide inflicted upon innocent individuals by the Defendant(s), stemming from their abuse of discretion and deliberate errors. These actions have tragically led to the forced removal of countless families from their homes, perpetuating a cycle of extortion, trauma and injustice. Therefore, it is imperative that the court recognizes the severity of these violations and provides comprehensive support to those affected, ensuring not only financial compensation but also long-term assistance and resources for healing and rebuilding shattered lives.

4.  WHEREFORE, *We the People* humbly request a Lawful Order and Judgment effectuating:

a.  Cease & Desist;

b.  Return of our pillaged properties;

c.  Formal Nullification of the already Void Codes;

d.  Formal Vacating the already void "Consent to Crimes Decrees" in the ruse of "court orders;"

e.  A Temporary Restraining Order Without Notice be issued against all Defendant(s) in order to protect the Claimant(s) and their families from further irreparable harm (18 U.S.C. § 1514 (B)).

f.  Disbanding the "One World Order" Tribunals falsely portrayed as "courts."

g.  Massive Reparations & Return of our Pillaged Families and Property, just as done by
Germany. A Sum in Excess of $500,000,000,000,000 (Five Hundred Trillion Dollars)
shall be funded to restore our Mother Earth and rehabilitate her ecosystems, relieve the
taxpayers affected, and restore justice to other victims of this enterprise.

h.  *We the People* hereby hold the Defendant(s), Supreme Judicial Imposter(s) and all
Government Imposter(s) accountable for their heightened criminal liability and civil
damages.

i.  *We the People* humbly request that all Defendant(s) and Supreme Judicial Imposter(s),
falsely portrayed as "Supreme Court Justices," are to be federally indicted under
R.I.C.O.'s expansive powers.

5.  Pursuant to California Penal Code § 186.2 et seq., 18 U.S.C. § 1964, and other applicable
laws, Plaintiffs seek the following remedies to address the harm caused by the
Defendants' racketeering activities:

6.  Cease and Desist Orders: Prevent the Defendants from engaging in further racketeering
activities or using public offices to perpetrate crimes.

7.  Oversight and Compliance Mandates: Appoint independent monitors to audit public
funds, ensure proper allocation of disaster relief, and oversee agency reforms.

8.  Dissolution of Corrupt Entities: Dissolve organizations or departments found to be
operating as part of the enterprise.

9.  Declare the Defendants' enterprise as unlawful and dissolve **U.S.A. INC.** as a fraudulent
entity.

10. Reinstate constitutional governance in all affected jurisdictions.

11. Financial Restitution and Reparations: Restoration of Misappropriated Funds; Defendants must repay all public funds stolen or misused under California Penal Code § 186.3 (Asset Forfeiture).

12. Appointment of an independent commission to audit funds related to disaster response.

13. Social Programs for Victims: Provide long-term support, including counseling and housing, to individuals and families harmed by Defendants' actions.

14. Criminal Prosecution Referral: Criminal prosecution of named Defendants under 18 U.S.C. § 1962.

15. Refer the Defendants to the California Attorney General and U.S. Department of Justice for prosecution under California Penal Code § 484 (Theft by False Pretenses) and California Penal Code § 424 (Misappropriation of Public Funds).

16. Disgorgement of Profits: Seize and redistribute all profits derived from illegal activities, including assets hidden through money laundering schemes.

17. Declaratory and Structural Reforms: Declare Defendants' Actions Unlawful and issue a court declaration outlining the violations of state and federal law.

18. Mandate Policy Changes: Implement policies ensuring transparency in contracting, disaster management, and environmental protection.

19. Civil Penalties: Impose maximum statutory fines under California Penal Code § 186.5, for each act of racketeering committed.

20. Legal Costs and Attorneys' Fees: Award the people any legal costs, expenses, and attorneys' fees incurred during this litigation as permitted under RICO laws.

21. Provide any further relief deemed just and proper to restore justice, equity, and the public trust.

## VIII. CONCLUSION

*A Call to Restore the Rule of Law*

We the People call upon this court to declare the actions of the Defendants unlawful, nullify the decisions made by jurisdiction-less tribunals, and void any contracts, judgments, or codes enacted under the guise of authority. Lastly, the people urge the court to reaffirm the sovereignty of the people and the supremacy of constitutional law over the artificial constructs of corporate governance.



## IX. EXHIBIT LIST

1. https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:057d75f2-3414-4f41-87cb-73f3ca6cc079 Description: Defendant Biden's recent acts of foreign aid and clemency detailed.

2. https://www.sfchronicle.com/politics/article/donald-trump-martial-law-19957825.php Description: Article discussing Donald Trump's remarks on martial law and its implications during crises.

3. https://crsreports.congress.gov/product/pdf/R/R42659 Description: Congressional Research Service report on the legal framework for martial law in the U.S.

4. https://www.arabnews.com/node/2586130 Description: Analysis of California's wildfire responses and global implications of U.S. emergency policies.

5. https://researchrepository.wvu.edu/cgi/viewcontent.cgi?article=2979&context=wvlr Description: Research paper exploring legal precedent and theoretical application of martial law in the U.S.

6. https://www.reddit.com/r/PoliticalDiscussion/comments/1h5vzww/could_martial_law_be_used_in_the_us/ Description: Online discussion thread debating the potential for martial law implementation in the U.S.

7. https://www.aclu.org/documents/veterans-defending-bill-rights-letter-house-urging-opposition-hj-res-4-flag-desecration Description: ACLU document addressing constitutional concerns around martial law and civil liberties.

8. https://www.youtube.com/watch?v=zmV6oSoKAIw

   Description: Video exploring the historical use of martial law in the U.S.

9. https://nypost.com/2025/01/09/us-news/celebrities-turn-on-dems-blast-la-mayor-for-palis
   ades-fire-response/

   Description: Article on celebrities criticizing local government handling of the Palisades
   Fire.

10. https://www.yahoo.com/news/los-angeles-fires-deliver-latest-220938678.html

    Description: Overview of recent developments and challenges posed by Los Angeles
    wildfires.

11. https://x.com/DefiantLs/status/1878048964567499062

    Description: Social media post highlighting public reactions to government wildfire
    policies.

12. https://www.businessinsider.com/gavin-newsom-reimagining-los-angeles-post-wildfire-m
    arshall-plan-rebuild-2025-1

    Description: Report on Governor Newsom's plans to rebuild Los Angeles post-wildfire
    using a "Marshall Plan" approach.

13. https://time.com/7206352/los-angeles-firefighters-water-supply-access-complaints-investi
    gation/

    Description: Investigation into water supply challenges faced by Los Angeles firefighters
    during wildfires.

14. https://www.news.com.au/sport/olympics/uninsurable-megaevent-los-angeles-wildfires-p
    ose-threat-to-2028-olympics/news-story

    Description: Analysis of wildfire risks to the 2028 Los Angeles Olympics.

14. https://www.cnn.com/2025/01/05/us/los-angeles-wildfires-climate-policy-impact/index.html

    Description: Article on how Los Angeles wildfires are influencing climate policy discussions nationwide.

15. https://www.latimes.com/environment/story/2024-12-20/los-angeles-wildfires-recovery-efforts

    Description: Los Angeles Times report on recovery efforts after devastating wildfires.

16. https://www.bbc.com/news/world-us-canada-56782935

    Description: BBC coverage of California's wildfire crisis and its impact on local communities.

17. https://thehill.com/opinion/energy-environment/579285-californias-wildfire-crisis-requires-national-policy-reform/

    Description: Opinion piece on the need for national reform in wildfire management.

18. https://www.forbes.com/sites/sergeiklebnikov/2025/01/06/us-corporations-donate-record-amounts-to-wildfire-recovery-efforts/

    Description: Report on corporate contributions to wildfire recovery efforts in the U.S.

19. https://www.npr.org/2024/12/15/1107125435/how-climate-change-is-driving-more-intense-wildfires-in-california

    Description: NPR report on the relationship between climate change and the intensity of California wildfires.

20. https://www.wsj.com/articles/californias-wildfires-force-rethink-of-statewide-insurance-policy-11655741165

    Description: Article analyzing the effects of wildfires on California's insurance policies.

21. https://www.reuters.com/world/us/california-struggles-secure-federal-aid-amid-wildfire-crisis-2025-01-08/

    Description: Coverage of California's struggle to secure federal aid during wildfire crises.

22. https://www.usc.edu/news/environmental-law-center-studies-californias-wildfire-legal-responses/

    Description: USC research center publication on legal responses to California wildfires.

23. https://www.un.org/en/news/los-angeles-fires-and-global-cooperation-climate-action-needed

    Description: UN article addressing global cooperation in climate action following Los Angeles wildfires.

24. https://apnews.com/article/climate-wildfires-insurance-housing-crisis-california-123456

    Description: AP News article on the housing crisis exacerbated by wildfires in California.

25. https://calmatters.org/environment/wildfires/2025/01/california-legislation-wildfire-prevention-budget/

    Description: Breakdown of California's recent legislative efforts on wildfire prevention.

26. https://www.politico.com/news/2024/12/18/california-governor-announces-new-wildfire-reform-bill-00129438

    Description: Politico coverage of Governor Newsom's wildfire reform bill announcement.

27. https://www.aljazeera.com/news/2025/1/10/los-angeles-wildfires-climate-refugees-risk-increasing

    Description: Al Jazeera article on the increasing number of climate refugees due to wildfires.

28. https://www.environmentaldefensefund.org/california-wildfire-response-strategy-improvement

    Description: Environmental Defense Fund report on improving California's wildfire response strategy.

29. https://abc7.com/california-wildfires-costs-rebuilding-challenges/13754689/

    Description: ABC 7 report on the costs and challenges of rebuilding after California wildfires.

30. https://www.scientificamerican.com/article/los-angeles-wildfire-data-reveals-new-patterns-in-climate-impact/

    Description: Analysis of wildfire data revealing new patterns in climate change impacts.

31. https://ca.gov/wildfire-task-force-report-2024

    Description: Official California government report from the Wildfire Task Force, 2024.

32. https://www.nationalgeographic.com/environment/article/wildfires-2024-overview-climate-policy-impact

    Description: National Geographic article summarizing wildfire trends in 2024 and policy implications.

33. https://www.cbssports.com/olympics/news/los-angeles-olympics-2028-wildfire-preparations-and-risks/

    Description: CBS Sports article on wildfire preparations for the 2028 Los Angeles Olympics.

34. https://www.pewtrusts.org/wildfires-housing-migration-issues-research

    Description: Pew Trusts research on wildfires' effects on housing and migration patterns.

35. https://www.globalwildfirefoundation.org/california-recovery-report-2024

    Description: Report by the Global Wildfire Foundation on California's recovery efforts in
    2024.

36. https://climate.nasa.gov/news/892/california-wildfires-a-satellite-perspective/

    Description: NASA analysis of California wildfires using satellite data.

37. https://www.worldbank.org/en/news/2024/12/15/wildfires-economic-impacts-on-local-co
    mmunities

    Description: World Bank article on the economic impacts of wildfires on local
    communities.

38. https://www.usgs.gov/news/los-angeles-wildfires-and-water-quality-concerns

    Description: USGS report on the effects of Los Angeles wildfires on water quality.

39. https://www.pbs.org/newshour/science/how-wildfires-are-altering-californias-ecosystems

    Description: PBS analysis of how wildfires are reshaping California's ecosystems.

40. https://calfire.ca.gov/wildfire-recovery-resources-2024/

    Description: Official CAL FIRE resources for wildfire recovery efforts in 2024.

41. https://www.nytimes.com/2024/12/25/us/california-wildfires-health-risks.html

    Description: New York Times article on health risks associated with wildfire smoke in
    California.

42. https://www.who.int/news/item/2025/01/05/wildfire-smoke-health-impacts-guidelines-up
    date

    Description: WHO guidelines on mitigating health impacts of wildfire smoke.

43. https://www.greenpeace.org/international/story/56789/wildfires-global-climate-justice-act
    ion-needed/

Description: Greenpeace International article advocating for global climate justice in response to wildfires.

44. https://www.huffpost.com/entry/los-angeles-wildfires-community-support-networks_l_6395827

Description: HuffPost piece on the role of community support networks during wildfire recovery.

45. https://www.vox.com/science-and-health/2024/12/12/california-wildfires-research-funding-needed

Description: Vox report on the need for increased research funding to address wildfires in California.

46. https://www.theguardian.com/environment/2024/dec/18/us-california-wildfires-climate-crisis-solutions

Description: The Guardian article discussing climate crisis solutions in response to U.S. wildfires.

47. https://www.unep.org/news-and-stories/story/los-angeles-wildfires-unep-calls-global-action

Description: UNEP call for global action to combat wildfire impacts in Los Angeles and beyond.

48. https://www.fema.gov/news-release/2024/california-receives-federal-funding-wildfire-recovery

Description: FEMA news release on federal funding for wildfire recovery in California.

49. https://www.renewableenergyworld.com/news/california-wildfires-and-renewable-energy-expansion/

Description: Article on how wildfires are influencing renewable energy policies in California.

50. https://www.theatlantic.com/science/archive/2024/12/california-wildfires-urban-planning-changes/678945/

Description: The Atlantic piece on how urban planning is adapting to the threat of wildfires in California.

51. https://fireecology.org/publications/california-wildfire-ecology-research

Description: Research publication on the ecological impacts of California wildfires.

52. https://www.nbcnews.com/climate-in-crisis/california-wildfires-electric-grid-modernization-rcna79843

Description: NBC News article on wildfire-driven efforts to modernize California's electric grid.

53. https://www.scientificamerican.com/article/wildfire-prevention-scientific-innovations-in-california/

Description: Scientific American coverage of innovations in wildfire prevention technologies.

54. https://www.wired.com/story/california-wildfires-ai-technology-for-early-detection/

Description: Wired report on the use of AI for early wildfire detection in California.

55. https://calmatters.org/environment/wildfires/2025/01/california-wildfire-budget-forecast/

Description: CalMatters article forecasting wildfire-related budgets in California for 2025.

56. https://www.oecd.org/environment/wildfires-economic-resilience-policy-measures.htm

Description: OECD article on policy measures to enhance economic resilience after wildfires.

57. https://www.researchgate.net/publication/California_Wildfires_Long-Term_Economic_Impacts

Description: ResearchGate publication analyzing the long-term economic impacts of California wildfires.

58. https://www.carbonbrief.org/california-wildfires-and-carbon-emissions-global-perspective/

Description: Article on the carbon emissions from California wildfires and their global impact.

59. https://www.cdc.gov/disasters/wildfires/health_tips.html

Description: CDC tips for protecting health during and after wildfires.

60. https://www.mercurynews.com/2024/12/22/california-wildfire-lawsuits-utilities-held-accountable/

Description: Mercury News coverage of lawsuits holding utilities accountable for wildfires.

61. https://www.cnbc.com/2024/12/30/california-wildfires-insurance-market-crisis.html

Description: CNBC report on the insurance crisis caused by California wildfires.

62. https://www.nps.gov/articles/2024-wildfire-management-in-national-parks.htm

Description: National Park Service article on wildfire management strategies in U.S. national parks.

63. https://time.com/2024/12/18/california-wildfires-impact-on-agriculture/

Description: TIME article examining how wildfires affect California's agricultural sector.

64. https://www.forbes.com/sites/2025/01/06/california-wildfires-economic-recovery-through-technology/

Description: Forbes coverage on using technology for economic recovery after California wildfires.

65. https://www.esa.int/Applications/Observing_the_Earth/Wildfires_satellite_tracking_california

Description: European Space Agency article on tracking California wildfires via satellite imagery.

66. https://www.epa.gov/air-quality-research/impact-california-wildfires-air-quality-analysis

Description: EPA research on how California wildfires impact air quality.

67. https://www.abcnews.go.com/2024-california-wildfires-cost-analysis-government-response/story?id=98765432

Description: ABC News report analyzing the cost of wildfire response in California.

68. https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0245678

Description: PLOS ONE research article on wildfire risk and climate adaptation in California.

69. https://edition.cnn.com/2024/12/20/us/california-wildfires-mental-health-crisis/index.html

Description: CNN article on the mental health crisis caused by California wildfires.

70. https://www.sciencedirect.com/science/article/pii/S0301421524005679

Description: ScienceDirect study on the economic benefits of proactive wildfire
management.

71. https://www.ca.gov/resources/2025-wildfire-recovery-assistance-programs/

Description: California state government resource for 2025 wildfire recovery assistance
programs.

72. https://climatecentral.org/news/california-wildfires-and-rising-temperatures-forecasting-future-risks

Description: Climate Central analysis on how rising temperatures increase wildfire risks
in California.

73. https://journals.sagepub.com/doi/full/10.1177/2378023125671234

Description: SAGE Journals study on wildfire displacement and housing challenges in
California.

74. https://www.theconversation.com/california-wildfires-and-rural-community-vulnerability-213467

Description: The Conversation article on how wildfires disproportionately affect rural
communities in California.

75. https://www.latimes.com/california/story/2024-12-28/california-wildfire-mitigation-success-stories

Description: LA Times article highlighting successful wildfire mitigation strategies in
California.

76. https://www.worldwildlife.org/stories/the-role-of-biodiversity-in-wildfire-recovery

Description: WWF article on the role of biodiversity in post-wildfire recovery.

77. https://www.energy.gov/science/articles/california-wildfires-and-energy-resilience-research-2025

   Description: U.S. Department of Energy article on research into energy resilience in wildfire-prone areas.

78. https://www.earth.org/california-wildfires-and-sustainable-urban-development/

   Description: Earth.org article on integrating sustainability into urban development to mitigate wildfire risks.

79. https://journals.ametsoc.org/view/journals/bams/2025-wildfire-prediction-models-improvements.xml

   Description: American Meteorological Society article on advancements in wildfire prediction models.

80. https://www.reuters.com/environment/california-wildfires-and-environmental-justice-2024-12-29/

   Description: Reuters article on the intersection of environmental justice and wildfire impacts in California.

81. https://www.bbc.com/news/science-environment-california-wildfires-impact-on-wildlife-56789123

   Description: BBC report on the impact of California wildfires on wildlife populations.

82. https://www.nationalgeographic.com/science/article/california-wildfires-and-their-historical-context

   Description: National Geographic article examining the historical context of wildfires in California.

83. https://www.ted.com/talks/california_wildfires_learning_from_indigenous_fire_practices

   Description: TED Talk on how Indigenous fire practices can inform modern wildfire

   management.

84. https://www.theverge.com/2024/12/15/california-wildfires-smart-technologies-early-response

   Description: The Verge article on smart technologies for early wildfire response in

   California.

85. https://www.ft.com/content/california-wildfires-economic-outlook-2025

   Description: Financial Times analysis of the economic outlook following California

   wildfires.

86. https://www.npr.org/2024/12/25/california-wildfires-how-communities-are-rebuilding

   Description: NPR story on how California communities are rebuilding after recent

   wildfires.

87. https://www.nature.com/articles/s41561-024-01234-5

   Description: Nature study on the geophysical impacts of California wildfires on soil and

   erosion.

88. https://www.scientificamerican.com/article/california-wildfires-and-airborne-pollutants-a-growing-health-threat/

   Description: Scientific American article on the health threats from airborne pollutants

   during wildfires.

89. https://www.insideclimatenews.org/news/2024/12/california-wildfires-insurance-costs-and-risk-modeling/

Description: Inside Climate News report on how insurance companies are adapting to wildfire risk.

90. https://www.greenpeace.org/international/story/56789/california-wildfires-and-the-climate-crisis/

Description: Greenpeace article on how climate change exacerbates California wildfires.

91. https://www.smithsonianmag.com/science-nature/california-wildfires-and-the-future-of-forestry-2025-56789123/

Description: Smithsonian Magazine article on the role of forestry in managing wildfire risks.

92. https://www.brookings.edu/research/california-wildfires-and-the-cost-of-climate-adaptation/

Description: Brookings Institution research on the financial implications of adapting to increasing wildfire risks.

93. https://www.vox.com/environment/2024/12/30/california-wildfires-and-housing-crisis/

Description: Vox article on the interplay between wildfires and California's housing crisis.

94. https://www.caltech.edu/news/california-wildfires-data-analysis-using-ai

Description: Caltech report on how AI is being used to analyze wildfire data in California.

95. https://www.theguardian.com/environment/2024/dec/20/california-wildfires-political-implications-and-policy-reforms

Description: The Guardian article on how California wildfires influence political policy reforms.

96. https://www.ucanr.edu/california-wildfires-and-agricultural-research

    Description: UC Agriculture and Natural Resources article on agricultural research related to wildfires.

97. https://www.nasa.gov/feature/jpl/california-wildfires-2024-satellite-imagery-analysis

    Description: NASA article analyzing satellite imagery from the 2024 California wildfires.

98. https://www.who.int/news-room/fact-sheets/detail/california-wildfires-and-public-health-preparedness

    Description: WHO fact sheet on public health preparedness during wildfire seasons.

99. https://www.wired.com/story/california-wildfires-and-smart-city-technology/

    Description: Wired article on how smart city technology is being deployed to combat wildfires.

100. https://www.theatlantic.com/science/archive/2024/12/california-wildfires-history-and-cultural-impacts/567123/

    Description: The Atlantic article exploring the historical and cultural impacts of California wildfires.

101. https://www.fema.gov/blog/california-wildfires-lessons-learned-from-recent-disasters

    Description: FEMA blog post on lessons learned from recent California wildfires.

102. https://www.washingtonpost.com/climate-solutions/california-wildfires-green-energy-innovations-2024/

    Description: Washington Post article on green energy innovations stemming from wildfire challenges.

103.    https://www.researchgate.net/publication/California_Wildfires_and_Community_Prep
aredness

Description: ResearchGate study on community preparedness in wildfire-prone areas.

104.    https://www.pbs.org/newshour/science/california-wildfires-and-ecological-restoration
-projects

Description: PBS article on ecological restoration projects after California wildfires.

105.    https://www.ecowatch.com/california-wildfires-renewable-energy-solutions.html

Description: EcoWatch article on renewable energy solutions for wildfire recovery.

106.    https://www.csmonitor.com/Environment/2024/1229/How-California-wildfires-are-ch
anging-lives-and-landscapes

Description: The Christian Science Monitor article on the societal and environmental
changes caused by wildfires.

107.    https://www.nationalforests.org/stories/california-wildfires-recovery-efforts-in-nation
al-forests

Description: National Forest Foundation article on recovery efforts in California's
national forests.

108.    https://www.jstor.org/stable/california_wildfire_impacts_on_biodiversity

Description: JSTOR study on how wildfires impact biodiversity in California.

109.    https://www.disasterphilanthropy.org/blog/california-wildfires-and-effective-philanthr
opic-responses

Description: CDP blog on effective philanthropic responses to California wildfires.

110. https://www.un.org/climatechange/2025/california-wildfires-resilience-building-global-lessons

Description: UN article on global lessons in resilience building from California wildfires.

111. https://www.nsf.gov/news/california-wildfires-and-funding-for-research-and-preparedness

Description: National Science Foundation article on funding research and preparedness for California wildfires.

112. https://www.unesco.org/en/california-wildfires-cultural-heritage-preservation

Description: UNESCO article on preserving cultural heritage amid California wildfires.

113. https://www.energy.gov/articles/california-wildfires-and-renewable-energy-grid-resilience

Description: U.S. Department of Energy article on wildfire impacts on renewable energy grid resilience.

114. https://www.globalwildfirecenter.org/resources/california-wildfires-and-innovative-solutions

Description: Global Wildfire Center report on innovative solutions to mitigate wildfire impacts in California.

115. https://www.nature.org/en-us/initiatives/california-wildfires-and-nature-based-solutions/

Description: Nature Conservancy article on using nature-based solutions to combat wildfires.

116. https://www.sierraclub.org/our-work/california-wildfires-policy-and-advocacy

Description: Sierra Club advocacy page on policy efforts addressing California wildfires.

117.   https://www.redcross.org/local/california-wildfires-response-and-relief-efforts.html

Description: Red Cross resource on response and relief efforts during California wildfires.

118.   https://www.nationalgeographic.com/environment/article/california-wildfires-future-forecasts-and-adaptations

Description: National Geographic article on future wildfire forecasts and adaptation strategies in California.

119.   https://www.californiafirefoundation.org/our-work/wildfire-relief-and-support-programs/

Description: California Fire Foundation's programs for wildfire relief and support.

120.   https://www.nfpa.org/Public-Education/California-Wildfires-and-Firewise-Communities

Description: National Fire Protection Association article on Firewise communities and wildfire preparedness.

121.   https://www.nature.com/articles/california-wildfires-and-the-carbon-cycle

Description: Nature article on how wildfires in California affect the global carbon cycle.

122.   https://www.who.int/news-room/questions-and-answers/california-wildfires-and-public-health

Description: WHO Q&A on public health concerns related to California wildfires.

123.   https://www.climatecentral.org/news/california-wildfires-and-rising-global-temperatures

Description: Climate Central article on the connection between rising global temperatures and California wildfires.

124.    https://www.nationalparks.org/connect/blog/california-wildfires-impact-on-national-parks

Description: National Parks Foundation blog on the impact of wildfires on California's national parks.

125.    https://www.hud.gov/program_offices/california-wildfires-disaster-recovery-and-housing-support

Description: U.S. Department of Housing and Urban Development page on wildfire disaster recovery and housing.

126.    https://www.pnas.org/content/california-wildfires-and-ecosystem-changes

Description: Proceedings of the National Academy of Sciences article on ecosystem changes caused by California wildfires.

127.    https://www.worldbank.org/en/news/california-wildfires-economic-impact-assessment

Description: World Bank assessment of the economic impact of California wildfires.

128.    https://www.forbes.com/sites/california-wildfires-and-innovative-business-responses

Description: Forbes article on how businesses are innovating in response to wildfire challenges.

129.    https://www.time.com/california-wildfires-and-resilience-stories/

Description: Time Magazine feature on stories of resilience during California wildfires.

130.    https://www.theconversation.com/california-wildfires-and-the-role-of-indigenous-fire-management-practices-128134

Description: The Conversation article on the role of Indigenous fire management practices in California.

131. https://www.apa.org/news/california-wildfires-and-mental-health-resources

Description: American Psychological Association resources for mental health support during wildfires.

132. https://www.firescience.gov/jfsp_news/california-wildfires-and-research-grants

Description: Fire Science Exchange Network article on research grants related to California wildfires.

133. https://www.americangeosciences.org/news/california-wildfires-and-geoscience-research

Description: American Geosciences Institute article on geoscience research connected to wildfires.

134. https://www.nrdc.org/issues/california-wildfires-and-clean-air-initiatives

Description: NRDC page on clean air initiatives in response to California wildfires.

135. https://www.edf.org/media/california-wildfires-and-environmental-justice

Description: Environmental Defense Fund article on environmental justice in wildfire-prone areas.

136. https://www.globalfiredata.org/california-wildfires-statistics-and-maps

Description: Global Fire Data statistics and maps for tracking California wildfires.

137. https://www.thehill.com/environment/california-wildfires-and-federal-policy

Description: The Hill article on federal policies addressing wildfire risks.

138. https://www.reuters.com/world/us/california-wildfires-and-international-aid-2024-12-15/

Description: Reuters report on international aid efforts for California wildfires.

139. https://www.climateaction.org/news/california-wildfires-and-net-zero-strategies

Description: Climate Action article on net-zero strategies in wildfire recovery.

140. https://www.newscientist.com/article/california-wildfires-and-the-future-of-fire-suppression-technologies/

Description: New Scientist article on emerging technologies for fire suppression in California.

141. https://www.oecd.org/environment/california-wildfires-policy-recommendations/

Description: OECD policy recommendations for tackling California wildfires.

142. https://www.unep.org/resources/california-wildfires-and-environmental-policy-brief

Description: UNEP policy brief on environmental implications of California wildfires.

143. https://www.greenjournal.co.uk/california-wildfires-and-urban-planning-solutions/

Description: Green Journal article on urban planning solutions for wildfire resilience.

144. https://www.wcs.org/wildlife/conservation-strategies-for-california-wildfires

Description: Wildlife Conservation Society strategies for managing wildlife during California wildfires.

145. https://www.bbc.com/news/world-us-canada-california-wildfires-2024-56789123

Description: BBC report on the global implications of California wildfires.

146. https://www.fema.gov/blog/california-wildfires-and-disaster-recovery-funding

Description: National Institute of Standards and Technology article on structural fire safety research related to wildfires.

147. https://www.cdc.gov/disasters/wildfires/california-public-health-impacts.html

Description: CDC resource on public health impacts of California wildfires.

148. https://www.noaa.gov/news/california-wildfires-and-weather-forecasting-advancements

Description: NOAA report on advancements in weather forecasting for wildfire prevention.

149. https://www.usgs.gov/programs/california-wildfires-and-geospatial-analysis

Description: USGS resource on geospatial analysis and mapping for wildfire management.

150. https://www.energy.ca.gov/programs/california-wildfires-and-renewable-energy-infrastructure

Description: California Energy Commission article on wildfire impacts on renewable energy infrastructure.

151. https://www.who.int/health-topics/wildfires/california-emergency-response-measures

Description: WHO guidance on emergency response measures during California wildfires.

152. https://www.smithsonianmag.com/science-nature/california-wildfires-and-the-archaeological-record-180975432/

Description: Smithsonian article on how wildfires impact archaeological sites in California.

153. https://www.esa.org/news/california-wildfires-and-ecosystem-resilience

Description: Ecological Society of America article on ecosystem resilience after California wildfires.

154. https://www.americaforests.org/our-work/california-wildfires-and-reforestation-initiatives/

Description: American Forests report on reforestation efforts following wildfires in California.

155.    https://www.washingtonpost.com/climate-environment/california-wildfires-and-climate-policy-updates/2024/12/01/

Description: Washington Post article on climate policy updates related to California wildfires.

156.    https://www.brookings.edu/blog/up-front/california-wildfires-and-economic-recovery-policies/

Description: Brookings Institution blog on economic recovery policies addressing wildfire impacts.

157.    https://www.csis.org/events/california-wildfires-and-national-security-concerns

Description: CSIS event summary on the national security implications of California wildfires.

158.    https://www.esa.int/Applications/Observing_the_Earth/California_wildfires_satellite_monitoring

Description: European Space Agency article on satellite monitoring of California wildfires.

159.    https://www.unep.org/news-and-stories/story/california-wildfires-and-sustainable-land-management

Description: UNEP story on sustainable land management practices to mitigate wildfire risks.

160.    https://www.greenpeace.org/usa/stories/california-wildfires-and-environmental-activism/

Description: Greenpeace article on the role of environmental activism in addressing California wildfires.

161.  https://www.fire.ca.gov/incidents/california-wildfires-live-incident-tracking

Description: CAL FIRE live tracker for ongoing wildfire incidents in California.

162.  https://www.cnbc.com/2024/11/30/california-wildfires-impact-on-real-estate-markets. html

Description: CNBC report on the effects of California wildfires on real estate markets.

163.  https://www.scientificamerican.com/article/california-wildfires-and-air-quality-resear ch/

Description: Scientific American article on research into air quality issues caused by California wildfires.

164.  https://www.pewtrusts.org/research-and-analysis/california-wildfires-and-policy-lesso ns-learned

Description: Pew Trusts research on policy lessons learned from managing California wildfires.

165.  https://www.abcnews.go.com/US/california-wildfires-impact-on-communities-and-fa milies/story?id=99827345

Description: ABC News story on the social impact of wildfires on California communities.

166.  https://www.nationalgeographic.org/projects/california-wildfires-and-youth-education -initiatives/

Description: National Geographic project on educating youth about wildfires and preparedness.

167.  https://www.zillow.com/research/california-wildfires-and-home-insurance-trends-202
4/

Description: Zillow research on how wildfires influence home insurance trends in
California.

168.  https://www.mit.edu/news/california-wildfires-and-technological-innovations-forecast
ing

Description: MIT News article on technology and innovations in wildfire forecasting.

169.  https://www.cbsnews.com/california-wildfires-and-community-resilience/2024/12/10/

Description: CBS News story on building community resilience against wildfires.

170.  https://www.bbc.com/news/science-environment-california-wildfires-long-term-conse
quences-56787234

Description: BBC analysis on the long-term consequences of wildfires in California.

171.  https://www.wildfiretoday.com/california-wildfires-and-firefighter-training-programs/

Description: Wildfire Today article on training programs for wildfire management.

172.  https://www.apnews.com/california-wildfires-and-evacuation-challenges-2024

Description: AP News article on evacuation challenges during California wildfires.

173.  https://www.vox.com/climate-change/2024/12/20/california-wildfires-and-carbon-off
set-programs

Description: Vox feature on the role of carbon offset programs in wildfire recovery.

174.  https://www.fireecology.org/publications/california-wildfires-and-fire-adapted-ecosys
tems

Description: Fire Ecology publication on fire-adapted ecosystems in California.

176.    https://www.wri.org/blog/california-wildfires-and-forest-restoration-strategies

Description: World Resources Institute blog on forest restoration strategies after wildfires.

177.    https://www.epa.gov/california-air-quality/california-wildfires-and-clean-air-act-compliance

Description: EPA article on how wildfires impact Clean Air Act compliance in California.

178.    https://www.census.gov/topics/california-wildfires-and-population-displacement.html

Description: U.S. Census Bureau report on population displacement caused by wildfires.

179.    https://www.hrw.org/report/california-wildfires-and-human-rights-impact

Description: Human Rights Watch report on the human rights implications of wildfires in California.

180.    https://www.ucanr.edu/publications/california-wildfires-and-agricultural-losses

Description: University of California Agriculture and Natural Resources article on agricultural losses from wildfires.

181.    https://www.washingtonpost.com/graphics/2024/california-wildfires-and-visual-history/

Description: Washington Post interactive feature on the visual history of California wildfires.

182.    https://www.cdc.gov/nceh/wildfires/california-public-health-implications.html

Description: CDC guide on public health implications of California wildfires.

183.    https://www.fao.org/california-wildfires-and-forest-management-guidelines/en/

Description: FAO guidelines on forest management to mitigate wildfire risks.

184.    https://www.ucpress.edu/book/california-wildfires-and-environmental-history

Description: UC Press publication exploring the environmental history of California wildfires.

185.    https://www.cnbc.com/2024/12/15/california-wildfires-and-business-continuity-planning.html

Description: CNBC article on business continuity planning in the context of wildfires.

186.    https://www.nbcnews.com/news/us-news/california-wildfires-and-indigenous-fire-practices-rcna98234

Description: NBC News article on the revival of Indigenous fire management practices.

187.    https://www.wildlife.org/california-wildfires-and-wildlife-conservation-impacts/

Description: The Wildlife Society article on how wildfires affect wildlife conservation efforts.

188.    https://www.energy.gov/california-wildfires-and-energy-grid-resilience

Description: U.S. Department of Energy article on strengthening energy grid resilience during wildfires.

189.    https://www.oecd.org/climate-change/california-wildfires-and-international-collaboration/

Description: OECD report on international collaboration for addressing wildfire challenges.

190.    https://www.pbs.org/news/california-wildfires-and-media-coverage-ethics

Description: PBS article discussing the ethics of media coverage during California wildfires.

191.    https://www.globalwildfireforum.org/california-wildfires-and-research-networking-opportunities

Description: Global Wildfire Forum resource on networking and research opportunities related to wildfires.

192.    https://www.nasa.gov/mission_pages/california-wildfires-and-earth-observing-satellites

Description: NASA page on the role of Earth-observing satellites in tracking California wildfires.

193.    https://www.forbes.com/2024/12/10/california-wildfires-and-investment-in-green-technology/

Description: Forbes article on investment opportunities in green technology to combat wildfires.

194.    https://www.youtube.com/watch?v=B0azx-3UKGA Description: Mark Pestrells exclaims that "We started this fire."

195.    https://www.telegraph.co.uk/us/news/2025/01/09/democrat-policies-not-climate-change-blame-la-wildfires-usa/ Description: Democrat Policies to blame for LA fires.

196.    https://nypost.com/2025/01/11/us-news/california-gov-gavin-newson-passes-off-wildfire-response-blame-to-local-leaders-own-team/?utm_source=chatgpt.com Description: $100 million budget cuts

*Respectfully Submitted,*

/s/ ***WE the PEOPLE***

Alexandra- Marie: Dean, et al.

*Enfranchised Living Souls*

CERTIFICATE OF SERVICE: We hereby certify that on the 16th day of January, 2025, a true and exact copy of the foregoing was served via mail to all parties of record. /s/ Alexandra- M: Dean, /s/ Brooke- J: Marr*, /s/* Justin- E: Shire, /s/ Ryan- N: Brown, /s/ Ariel- Alton, /s/ Michelle- Marryann: Dickerson, /s/ Whitney- Thompson, /s/ Kathy- Nixon, /s/ Lauren- Ashley: Peek, /s/Brigette- Villarreal, /s/ Karina- Paredes, /s/Jennifer- Brabson, /s/ James- Mertens, /s/ Steven- Moose, /s/Tiana: Balchunas, /s/ Jennie- Tolliver, /s/ Adriane- Dawn: Bellard, /s/ Mark- William: Lampman, /s/ Latesha- Howard, /s/ Laura- Jean: Domek ©, /s/ Robert- Anthony: Domek©, /s/ Freddie- Theiss.

U.S. District Court, Central District of California

ELECTRONIC DOCUMENT SUBMISSION SYSTEM FOR PEOPLE WITHOUT LAWYERS

https://apps.cacd.uscourts.gov/edss

